| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: Southern District of Texas | |
| Case number (if known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Phase One Services LLC

**2. All other names debtor used in the last 8 years**  Phase One Logistics

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  8 2 – 4 1 5 5 5 5 1

**4. Debtor's address**

Principal place of business:
10604 1/2 Wallisville Rd
Number    Street

Houston, TX 77044
City    State    ZIP Code

Harris
County

Mailing address, if different from principal place of business:
Number    Street
P.O. Box
City    State    ZIP Code

Location of principal assets, if different from principal place of business:
Number    Street
City    State    ZIP Code

**5. Debtor's website (URL)**  www.phaseonelogistics.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor      Phase One Services LLC                                            Case number *(if known)*
                Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    4   8   4   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
              District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____
                                              MM / DD / YYYY
              Case number, if known _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor  __Phase One Services LLC_____   Case number *(if known)*_____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>                Contact name _____<br>                Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor     Phase One Services LLC                              Case number *(if known)*_____
           Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/08/2023
              MM/ DD/ YYYY

X   /s/ Ashley Williams                                 Ashley Williams
Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**

X   /s/ Robert C Lane                       Date   03/08/2023
Signature of attorney for debtor                   MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number   Street

Houston                                     TX          77036-3369
City                                        State       ZIP Code

(713) 595-8200                              notifications@lanelaw.com
Contact phone                               Email address

24046263                                    TX
Bar number                                  State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **4**

Fill in this information to identify the case:

Debtor name: Phase One Services LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cashable LLC<br>2 Executive Blvd 305<br>Suffern, NY 10901 | | Merchant Cash Advance | Disputed | | | $55,965.00 |
| 2 | City of Houston<br>PO Box 1560<br>Houston, TX 77251 | | | | | | $2,936.57 |
| 3 | Cloud Fund, LLC<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901 | | Merchant Cash Advance | Disputed | | | $71,950.00 |
| 4 | DCLI Chassis<br>PO Box 603061<br>Charlotte, NC 28260 | | Chassis Shop Maintenance | | | | $122,744.62 |
| 5 | Evergreen Shipping Agency<br>16000 North Dallas Parkway 400<br>Dallas, TX 75248 | | Shipping Company | Contingent | | | $4,870.00 |
| 6 | HAPAG-LLOYD (AMERICA) LLC<br>Regional Headquarters<br>399 Hoes Lane<br>Piscataway, NJ 08854 | | Shipping Company | Contingent | | | $9,400.00 |
| 7 | IPFS Corporation<br>P.O. Box 412086<br>Kansas City, MO 64141 | | Business Loan | Disputed | | | $48,122.95 |
| 8 | Mediterranean Shipping Company Inc.<br>4700 W Sam Houston Pkwy N 250<br>Houston, TX 77041 | | Shipping Company | Contingent | | | $15,010.00 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor      Phase One Services LLC
            Name

Case number *(if known)*

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Motive Credit Card<br>3500 South Dupont Highway<br>Dover, DE 19901 | | Credit Card | | | | $29,000.00 |
| 10 | Navitas Credit<br>203 Fort Wade Road 300<br>Ponte Vedra, FL 32081 | | 18-Wheeler Loan | | $52,000.00 | $30,000.00 | $22,000.00 |
| 11 | Plexe LLC<br>6295 Greenwood Plaza Blvd 100<br>Englewood, CO 80111 | | Merchant Cash Advance | Disputed | | | $25,000.00 |
| 12 | Shark Trucking<br>12106 Mesa Drive<br>Houston, TX 77016 | | Repair Shop | | | | $17,500.00 |
| 13 | Silverline Services Inc.<br>1334 Peninsula Blvd 160<br>Hewlett, NY 11557 | | Merchant Cash Advance | Disputed | | | $44,970.00 |
| 14 | Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | | EIDL | | | | $52,000.00 |
| 15 | The LCF Group<br>3000 Marcus Avenue 15<br>New Hyde Park, NY 11042 | | Merchant Cash Advance | Disputed | | | $53,764.15 |
| 16 | TRAC Intermodel<br>750 College Road East<br>Princeton, NJ 08540 | | Shipping Company | Contingent | | | $34,270.14 |
| 17 | TXTAG<br>PO Box 650749<br>Dallas, TX 75265 | | | | | | $6,200.00 |
| 18 | Willscot<br>4646 E Van Buren Street<br>Phoenix, AZ 85008 | | | | | | $40,286.00 |
| 19 | Ying Yang<br>3250 Briarpark Dr Suite 201<br>Houston, TX 77042 | | Shipping Company | Contingent | | | $2,515.00 |
| 20 | ZiM American Integrated Shipping Lines<br>5801 Lake Wright Drive<br>Norfolk, VA 23502 | | Shipping Company | Contingent | | | $5,520.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**    Phase One Services LLC

Case No. _____

**Debtor**

Chapter ___11___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................    $32,500.00

   Prior to the filing of this statement I have received ....................................................................    $20,000.00

   Balance Due ................................................................................................................................    $12,500.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/08/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Phase One Services LLC**　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____03/08/2023_____　Signature _____/s/ Ashley Williams_____
　　　　　　　　　　　　　　　　　　　　　　　　Ashley Williams, President

AZTEC PORTACANS &
CONTAINERS, LTD
2001 W 34TH STREET
HOUSTON, TX 77018


CASHABLE LLC
2 EXECUTIVE BLVD 305
SUFFERN, NY 10901


CITY OF HOUSTON
PO BOX 1560
HOUSTON, TX 77251


CLOUD FUND, LLC
400 RELLA BLVD SUITE 165-101
SUFFERN, NY 10901


COSCO SHIPPING LINES
15600 JFK BLVD 400
HOUSTON, TX 77032


DAKOTA FINANCIAL
11755 WILSHIRE BLVD SUITE 1670
LOS ANGELES, CA 90025


DCLI CHASSIS
PO BOX 603061
CHARLOTTE, NC 28260


DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS
PO BOX 61047
NEW ORLEANS, LA 70161-1047

EVERGREEN SHIPPING AGENCY
16000 NORTH DALLAS PARKWAY 400
DALLAS, TX 75248


FALCON FLEET MAINTENANCE
PO BOX 7228
HOUSTON, TX 77248


FINANCIAL PACIFIC LEASING
3455 S. 344TH WAY STE 300
FEDERAL WAY, WA 98001


HAPAG-LLOYD (AMERICA) LLC
REGIONAL HEADQUARTERS
399 HOES LANE
PISCATAWAY, NJ 08854


HARRIS COUNTY TOLL ROAD AUTHORITY
PO BOX 4440
HOUSTON, TX 77210


HMM CO., LTD
222 WEST LAS COLINAS BLVD 700
IRVING, TX 75039


HOUSTON INDUSTRIAL YARD, INC./TRITON REALTY
3657 BRIARPARK DRIVE 300
HOUSTON, TX 77042


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IPFS CORPORATION  
P.O. BOX 412086  
KANSAS CITY, MO 64141  


LAW OFFICES OF ISAAC H. GREENFIELD PLLC  
2 EXECUTIVE BLVD 305  
SUFFERN, NY 10901  


M&M TIRE AND MECHANIC SHOP  
11649 WALLISVILLE ROAD  
HOUSTON, TX 77013  


MEDITERRANEAN SHIPPING COMPANY INC.  
4700 W SAM HOUSTON PKWY N 250  
HOUSTON, TX 77041  


MOTIVE CREDIT CARD  
3500 SOUTH DUPONT HIGHWAY  
DOVER, DE 19901  


NAVITAS CREDIT  
203 FORT WADE ROAD 300  
PONTE VEDRA, FL 32081  


OTR LEASING  
9100 LIBERTY DRIVE  
LIBERTY, MO 64068  


PADFIELD & STOUT  
420 THROCKMORTON STREET SUITE 1210  
FORT WORTH, TX 76102

PHASE ONE SERVICES LLC
10604 1/2 WALLISVILLE RD
HOUSTON, TX 77044


PLEXE LLC
6295 GREENWOOD PLAZA BLVD 100
ENGLEWOOD, CO 80111


SEALAND MAERSK COMPANY
9300 ARROWPOINT BLVD
CHARLOTTE, NC 28273


SHARK TRUCKING
12106 MESA DRIVE
HOUSTON, TX 77016


SILVERLINE SERVICES INC.
1334 PENINSULA BLVD 160
HEWLETT, NY 11557


SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416


STREAM
PO BOX 650261
DALLAS, TX 75265


TBS FACTORING SERVICE
PO BOX 18109
OKLAHOMA CITY, OK 73154

THE FELDMAN LAW FIRM, P.C.
3000 MARCUS AVENUE 2W15
NEW HYDE PARK, NY 11042


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THE LCF GROUP
3000 MARCUS AVENUE 15
NEW HYDE PARK, NY 11042


TRAC INTERMODEL
750 COLLEGE ROAD EAST
PRINCETON, NJ 08540


TRANSFER SHIPPING
25 W I-65 SERVICE ROAD
MOBILE, AL 36602


TXTAG
PO BOX 650749
DALLAS, TX 75265


WASTE MANAGEMENT
1001 FANNIN SUITE 4000
HOUSTON, TX 77002


WILLIAMS SCOTSMAN, INC.
10604 1/2 WALLISVILLE ROAD
77103

ASHLEY WILLIAMS  
12910 BREEZY MEADOW LN.  
HOUSTON, TX 77044  

WILLSCOT  
4646 E VAN BUREN STREET  
PHOENIX, AZ 85008  

YING YANG  
3250 BRIARPARK DR SUITE 201  
HOUSTON, TX 77042  

ZIM AMERICAN INTEGRATED SHIPPING LINES  
5801 LAKE WRIGHT DRIVE  
NORFOLK, VA 23502

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                 $685,891.12
   b. Total debts (including debts listed in 2.c., below)          $767,515.43
   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐
   secured ☐  unsecured ☐  subordinated ☐
   secured ☐  unsecured ☐  subordinated ☐
   secured ☐  unsecured ☐  subordinated ☐
   secured ☐  unsecured ☐  subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business:  Freight Shipping Company

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name: __Phase One Services LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/08/2023__
            MM / DD / YYYY

X __/s/ Ashley Williams__
Signature of individual signing on behalf of debtor

__Ashley Williams__
Printed name

__President__
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Phase One Services LLC**  CASE NO

CHAPTER **11**

### DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date
03/08/2023

/s/ Ashley Williams
Ashley Williams
President
EIN No.  5 5 5 1

**PART II: DECLARATION OF ATTORNEY:**

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
03/08/2023

/s/ Robert C Lane
Robert C Lane
Attorney