# TEXAS SECRETARY of STATE
## JANE NELSON

**Debtor Name Search**

This debtor name search was performed on 03/02/2023 03:03 PM with the following search parameters:
**DEBTOR NAME:  PHASE ONE SERVICES**
**CITY:  [Not Specified]**

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **18-0040597135** | **Financing Statement** | **11/19/2018 09:11 AM** | **2** | **11/20/2023** |

| | | |
|---|---|---|
| Debtor | PHASE ONE SERVICES LLC DBA PHASE ONE LOGISTICS | 826 DARBYDALE CROSSING LN. HOUSTON, TX, 77090 |
| Debtor | PHASE ONE SERVICES LLC | 826 DARBYDALE CROSSING LN. HOUSTON, TX, 77090 |
| Debtor | PHASE ONE LOGISTICS | 826 DARBYDALE CROSSING LN. HOUSTON, TX, 77090 |
| Secured Party | FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE | 914 S STREET / SPRS@FICOSO.COM SACRAMENTO, CA, 95811 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **20-0031412174** | **Financing Statement** | **06/30/2020 07:37 PM** | **1** | **06/30/2025** |

| | | |
|---|---|---|
| Debtor | PHASE ONE SERVICES LLC | 826 DARBYDALE CROSSING LN HOUSTON, TX, 77090 |
| Secured Party | U.S. SMALL BUSINESS ADMINISTRATION | 10737 GATEWAY WEST, #300 EL PASO, TX, 79935 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **22-0008632942** | **Financing Statement** | **02/21/2022 05:01 PM** | **1** | **02/23/2027** |

| | | |
|---|---|---|
| Debtor | PHASE ONE SERVICES LLC | 12910 BREEZY MEADOW LN HOUSTON, TX, 77044-1165 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576 UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **22-0019046478** | **Financing Statement** | **04/15/2022 11:37 AM** | **1** | **04/15/2027** |

| | | |
|---|---|---|
| Debtor | PHASE ONE SERVICES LLC | 12910 BREEZY MEADOW LANE HOUSTON, TX, 77044 |
| Secured Party | NAVITAS CREDIT CORP. | 201 EXECUTIVE CENTER DR STE100 COLUMBIA, SC, 29210 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **22-0043006401** | **Financing Statement** | **08/30/2022 05:15 PM** | **2** | **08/30/2027** |

| | | |
|---|---|---|
| Debtor | PHASE ONE SERVICES LLC | 7544 FM 1960 RD E HUMBLE, TX, 77346 |

EXHIBIT B

| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |
|---|---|---|

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **22-0046505024** | **Financing Statement** | **09/21/2022 09:57 AM** | **3** | **09/21/2027** |

| Debtor | PHASE ONE SERVICES LLC | 10604 1/2 WALLISVILLE ROAD HOUSTON, TX, 77013 |
|---|---|---|
| Debtor | PHASE ONE LOGISTICS | 10604 1/2 WALLISVILLE ROAD HOUSTON, TX, 77013 |
| Debtor | PHASE 10 SERVICES INC. | 10604 1/2 WALLISVILLE ROAD HOUSTON, TX, 77013 |
| Debtor | ASHLEY WILLIAMS | 10604 1/2 WALLISVILLE ROAD HOUSTON, TX, 77013 |
| Secured Party | THE LCF GROUP, INC. | 3000 MARCUS AVENUE, SUITE 2W15 LAKE SUCCESS, NY, 11042 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **22-0060750739** | **Financing Statement** | **12/20/2022 12:39 AM** | **1** | **12/20/2027** |

| Debtor | PHASE ONE SERVICES LLC | 12910 BREEZY MEADOW LN HOUSTON, TX, 77044 |
|---|---|---|
| Secured Party | PLEXE LLC | 6295 GREENWOOD PLAZA BLVD, SUITE 100 GREENWOOD VILLAGE, CO, 80111 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **23-0001297337** | **Financing Statement** | **01/10/2023 10:03 AM** | **1** | **01/11/2028** |

| Debtor | PHASE ONE SERVICES LLC | 10604 WALLISVILLE RD HOUSTON, TX, 77044 |
|---|---|---|
| Debtor | ASHLEY NICHOLE WILLIAMS | 12910 BREEXY MEADOW LN HOUSTON, TX, 77044 |
| Secured Party | CT CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700, ATTN: SPRS GLENDALE, CA, 91203 |

---

Select All Filings: ☐

[Order Selected Filings]  [Order Certificate]  [New Search]

---

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.