**IN IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| **PHASE ONE SERVICES LLC** | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## INTERIM ORDER ON AUTHORITY TO USE CASH COLLATERAL

The Court, having reviewed the pleading finds that a need exists to order the relief herein on an interim basis and that it is in the best interest of the Debtor, the Debtor's estate, and Debtor's creditors to authorize the use of cash collateral. Use of cash collateral is the only means available to the Debtor to finance its operation and that irreparable harm will result if Debtor is not permitted to use the cash collateral in the amounts set forth in the budget. It is accordingly,

**ORDERED** that

1. the Debtor be authorized to use the cash collateral through March ___, 2023, in accordance with the provisions in the attached projected budget (the "Budget") on an interim basis and in the reorganization process of the above-entitled bankruptcy proceeding and for the necessary expenses of preserving the bankruptcy estate. The Debtor is authorized a 10% deviation from the Budget (both by line item and with respect to aggregate receipts and aggregate distributions) without further order of this Court;

2. as adequate protection for the use of Cash Collateral, the parties listed on Exhibit "B" to Debtor's Motion for Authority to Use Cash Collateral hereby granted replacement liens (the "Replacement Liens") on all post-petition cash collateral and post-petition acquired property to the same extent and priority they possessed as of the Petition Date;

3. A final electronic hearing will be held on _____, 2023 at _____ **a.m./p.m.** to determine if this Order should be continued, modified, or terminated. Objections, if any, must be filed by _____, 2023.

4. All parties' rights are reserved.

5.  To participate electronically, parties must follow the instructions set forth on Judge Isgur's web page located at: [United States Bankruptcy Judge Marvin Isgur | Southern District of Texas (uscourts.gov)](). Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Isgur at 832-917-1510, conference room number 954554 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: https://www.gotomeet.me/JudgeIsgur. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

6. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Isgur's Court Procedures Section II and XIII regarding the exchange and submission of electronic exhibits.

7. No later than _____, 2023 Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

Signed:

_____
Marvin Isgur
United States Bankruptcy Judge