**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

**APPLICATION TO EMPLOY THE LANE LAW FIRM PLLC**
**AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE UNITED STATE BANKRUPTCY JUDGE:

Comes Now, Phase One Services LLC (the "Debtor"), and files its Application to Employ The Lane Law Firm, PLLC. ("LANE") as Counsel for the Debtor-In-Possession (the "Application"), pursuant to 11 U.S.C. §§327 and 328, and Federal Rule of Bankruptcy Procedure 2014. In support of the Application, the Debtor relies upon the Affidavit of Attorney Robert C. Lane, The Lane Law Firm, PLLC (the "Lane Affidavit"), attached as Exhibit "A" and incorporated herein for all purposes. Also attached is an unsworn declaration by the Debtor's attorney Robert C. Lane, The Lane Law Firm, PLLC, attached as Exhibit "B" and incorporated herein for all purposes. The Debtor presents this Application and respectfully represents the following:

**I.      Jurisdiction and Venue**

1.      This Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are Sections 327 and 328 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Local Rule 2014 of the Local Court Rules of the United States Bankruptcy Court for the Southern District of Texas.

## II.   Background

3. On March 8, 2023 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code").

4. The Debtor continues to manage and operate its automobile shipping and transportation business as Debtor-In-Possession pursuant to § 1184 of the Bankruptcy Code. As this is a Subchapter V case, no creditors' committee has been appointed in this case by the United States Trustee. Further, no trustee or examiner has been requested or appointed.

5. A further description of the background of the Debtor, and the events leading up to the filing of the voluntary petition by the Debtor will be set out in other pleadings. However, Debtor's primary reason for filing bankruptcy was to: (i) protect the Debtor from the collection efforts of creditors; and (ii) provide the means to propose a reasonable and feasible repayment plan for the repayment of its debts.

## III.   Retention of Robert C. Lane of The Lane Law Firm, PLLC

6. The Debtor has retained The Lane Law Firm, PLLC to represent it in its Chapter 11 Bankruptcy Case because the firm and its attorneys and staff possess substantial experience and knowledge in the area of bankruptcy.

**Engagement of the Proposed Attorney**

7. In connection with the performance of their duties and obligations as debtor-in-possession, the Debtor now requests authority to employ Robert C. Lane, of The Lane Law Firm, PLLC as its attorney in this bankruptcy case, effective as of the Petition Date.

8. Section 327(a) of the Bankruptcy Code provides: "the trustee, with the court's approval, may employ one or more attorneys … that do not hold or represent an interest adverse to the estate, and

that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. § 327(a).

9. Debtor seeks to retain LANE to provide to provide the Debtor with legal advice and services with respect to the cases, the debtor's powers, and duties as debtor-in-possession, and the continued operation of the Debtor's business and management of the Debtor's property, including but not limited to the following:

a. to assist, advise and represent the Debtor relative to the administration of the chapter 11 case;

b. to assist, advise and represent the Debtor in analyzing the Debtor's assets and liabilities, investigating the extent and validity of lien and claims, and participating in and reviewing any proposed asset sales or dispositions;

c. to attend meetings and negotiate with the representatives of the secured creditors;

d. to assist the Debtor in the preparation, analysis, and negotiation of any plan of reorganization and disclosure statement accompanying any plan of reorganization;

e. to take all necessary action to protect and preserve the interests of the Debtor;

f. to appear, as appropriate, before this Court, the Appellate Courts, and other Courts in which matters may be heard and to protect the interests of the Debtor before said Courts and the United States Trustee; and

g. to perform all other necessary legal services in these cases.

10. Under the terms of employment, the Attorney has agreed to represent Debtor, subject to the approval of the Court, based on time and standard billing charges of $550.00 per hour for Robert C. Lane, $500.00 per hour for Joshua Gordon, $350.00 - $400.00 per hour for associate attorneys, and $125.00 - $175.00 per hour for paraprofessionals.

11. LANE received two payments from the Debtor for its retainer: $5,000.00 on February 23, 2023 and $15,000.00 on March 6, 2023, for a total of $20,000.00 for financial advice and representation of the Debtor. Prior to filing, LANE consumed $8,162.00 in attorney's fees and $1,772.50 in expenses from this retainer for the preparation and filing of this case.

**LANE Disinterestedness**

12. To the best of Debtor's knowledge, information and belief, except as set forth above LANE, has no connection with Debtors' creditors, parties-in-interest or affiliates, or attorneys or accountants for any of them, the United States Trustee, or any person employed in the Office of the United States Trustee. Moreover, the Debtor does not have any relationship with the United States Trustee, or with any employee of the United States Trustee, in the region which this case is pending. To the extent that the Robert C. Lane Affidavit discloses any connection, the Debtor believes it is not sufficient to prohibit employment as counsel.

13. Based upon the Robert C. Lane Affidavit and Debtors' knowledge, Robert C. Lane and LANE do not represent any interest adverse to the Debtor, its estate, creditors, equity holders, or affiliates in the matters upon which LANE is to be engaged, and is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and as required by section 327(a) of the Bankruptcy Code.

**Reimbursement of Expenses**

14. The Debtor has been advised by LANE those disbursements for expenses are not included in LANE's hourly rates and will be separately billed as expenses of this proposed engagement. Such disbursements for expenses may include, without limitation, charges for photocopying, courier services, document retrieval costs, printing, computer-assisted legal research, postage, long distance, telecopier, deposition fees, filing fees, witness fees, subpoena fees, parking fees, tolls, travel expenses (including mileage), and any fees for outside contract services. In certain cases, charges are set by the service providers or outside contractors and in other cases, LANE establishes a customary charge. Subject to any limitations set forth by this Court, LANE will charge the actual cost of these expenses in a manner and at rates consistent with charges made to LANE's other clients.

## IV. Prayer

WHEREFORE, Debtor hereby requests that it be authorized to employ Robert C. Lane of The Lane Law Firm, PLLC to represent the Debtor as Debtor-in-possession in these bankruptcy proceedings under Chapter 11 of Title 11, United States Code, effective as of the Petition Date and that the Debtor has such other and further relief as is just.

Dated: March 8, 2023

Phase One Services LLC
*/s/ Ashley Williams*
Ashley Williams, Owner/President

THE LANE LAW FIRM, PLLC
*/s/ Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on March 8, 2023:

Debtor:
Phase One Services LLC
10604 ½ Wallisville Road
Houston, Texas 77044

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

*/s/Robert C. Lane*
Robert C. Lane

```
Label Matrix for local noticing          Phase One Services LLC                    4
0541-4                                   10604 1/2 Wallisville Rd                  United States Bankruptcy Court
Case 23-30835                            Houston, TX 77013-4123                    PO Box 61010
Southern District of Texas                                                         Houston, TX 77208-1010
Houston
Wed Mar  8 07:46:43 CST 2023

Ashley Williams                          Aztec Portacans & Containers, LTD         Cashable LLC
12910 Breezy Meadow Ln.                  2001 W 34th Street                        2 Executive Blvd 305
Houston, TX 77044-1165                   Houston, TX 77018                         Suffern, NY 10901-8219


City of Houston                          Cloud Fund, LLC                           Cosco Shipping Lines
PO Box 1560                              400 Rella Blvd Suite 165-101              15600 JFK Blvd 400
Houston, TX 77251-1560                   Suffern, NY 10901-4241                    Houston, TX 77032-2344


DCLI Chassis                             Dakota Financial                          Department of Public Safety & Corrections
PO Box 603061                            11755 Wilshire Blvd Suite 1670            PO Box 61047
Charlotte, NC 28260-3061                 Los Angeles, CA 90025-1526                New Orleans, LA 70161-1047


Evergreen Shipping Agency                Falcon Fleet Maintenance                  Financial Pacific Leasing
16000 North Dallas Parkway 400           PO Box 7228                               3455 S. 344th Way Ste 300
Dallas, TX 75248-6609                    Houston, TX 77248-7228                    Federal Way, WA 98001-9546


HAPAG-LLOYD (AMERICA) LLC                HMM Co., LTD                              Harris County Toll Road Authority
Regional Headquarters                    222 West Las Colinas Blvd 700             PO Box 4440
399 Hoes Lane                            Irving, TX 75039-5468                     Houston, TX 77210-4440
Piscataway, NJ 08854-4115


Houston Industrial Yard, Inc./Triton Realty   IPFS Corporation                     Internal Revenue Service
3657 Briarpark Drive 300                 P.O. Box 412086                           P.O. Box 7346
Houston, TX 77042-5266                   Kansas City, MO 64141-2086                Philadelphia, PA 19101-7346


Law Offices of Isaac H. Greenfield PLLC  M&M Tire and Mechanic Shop                Mediterranean Shipping Company Inc.
2 Executive Blvd 305                     11649 Wallisville Road                    4700 W Sam Houston Pkwy N 250
Suffern, NY 10901-8219                   Houston, TX 77013-3418                    Houston, TX 77041-8225


Motive Credit Card                       Navitas Credit                            OTR Leasing
3500 South Dupont Highway                203 Fort Wade Road 300                    9100 Liberty Drive
Dover, DE 19901-6041                     Ponte Vedra, FL 32081-5159                Liberty, MO 64068-7500


Padfield & Stout                         Plexe LLC                                 Sealand Maersk Company
420 Throckmorton Street Suite 1210       6295 Greenwood Plaza Blvd 100             9300 Arrowpoint Blvd
Fort Worth, TX 76102-3792                Englewood, CO 80111-4978                  Charlotte, NC 28273-8136
```

| | | |
|---|---|---|
| Shark Trucking<br>12106 Mesa Drive<br>Houston, TX 77016-1622 | Silverline Services Inc.<br>1334 Peninsula Blvd 160<br>Hewlett, NY 11557-1226 | Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0005 |
| Stream<br>PO Box 650261<br>Dallas, TX 75265-0261 | TBS Factoring Service<br>PO Box 18109<br>Oklahoma City, OK 73154-0109 | TRAC Intermodel<br>750 College Road East<br>Princeton, NJ 08540-6646 |
| TXTAG<br>PO Box 650749<br>Dallas, TX 75265-0749 | The Feldman Law Firm, P.C.<br>3000 Marcus Avenue 2W15<br>New Hyde Park, NY 11042-1005 | The LCF Group<br>3000 Marcus Avenue 15<br>New Hyde Park, NY 11042-1005 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Transfer Shipping<br>25 W I-65 Service Road<br>Mobile, AL 36608-1201 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Waste Management<br>1001 Fannin Suite 4000<br>Houston, TX 77002-6711 | Willscot<br>4646 E Van Buren Street<br>Phoenix, AZ 85008-6915 | Ying Yang<br>3250 Briarpark Dr Suite 201<br>Houston, TX 77042-4263 |
| ZiM American Integrated Shipping Lines<br>5801 Lake Wright Drive<br>Norfolk, VA 23502-1863 | Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036-3369 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Phase One Services LLC<br>10604 1/2 Wallisville Rd<br>Houston, TX 77013-4123 | (u)Williams Scotsman, Inc.<br>10604 1/2 Wallisville Road<br>77103 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     2<br>Total                  48 |