**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY BY THE ATTORNEY FOR THE DEBTOR

The undersigned attorney does hereby certify under penalty of perjury pursuant to Rule 2016(b) of the Bankruptcy Rules of Procedure:

1. That the compensation paid or promised to him for services to be rendered in connection with the case is as follows: Fees will be billed at the following rates:

| | |
|---|---|
| Robert C. Lane (Partner) | $550 per hour |
| Joshua Gordon | $500 per hour |
| Associates | $375-$425 per hour |
| Paraprofessionals | $150-$190 per hour |

The principal attorney on the file will be Robert C. Lane. Mr. Lane presently bills at a rate of $550.00 per hour.

2. The firm has received payment for pre-petition legal services in the amount of $20,000.00 which includes the bankruptcy filing fee cost of $1,738.00.

3. Per the terms of the Retainer Agreement, LANE received two payments from the Debtor for its retainer: $5,000.00 on February 23, 2023 and $15,000.00 on March 7, 2023, for a total for $20,000.00, for financial advice and representation of the Debtor.

4. As of the Petition Date, the Debtor did not owe the Firm any amounts for legal services rendered before the Petition Date. Of the $20,000.00 prepetition retainer, the Firm consumed $8,162.00 for prepetition Attorney's fees and $1,772.50 in expenses (filing fee and prints and copies), leaving a remainder of $10,065.50 in the Firm's IOLTA trust account.

5. That affiant has not shared nor agreed to share such compensation with anyone except shareholders and associates of his firm.

EXECUTED ON THIS THE 8TH DAY OF MARCH 2023

By:  */s/Robert C. Lane*
     Robert C. Lane

APPROVED:

Phase One Services LLC
*/s/ Ashley Williams*
Ashley Williams, Owner/President

**EXHIBIT B**