IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| **PHASE ONE SERVICES LLC** | § | |
| | § | |
| **Debtor** | § | CHAPTER 11 |

## ORDER APPROVING THE LANE LAW FIRM, PLLC AS COUNSEL FOR THE DEBTOR-IN -POSSESSION

The Court, having considered the Application to Employ The Lane Law Firm, PLLC, filed by Phase One Services LLC ("Debtor"), finds that the relief requested is in the best interest of the Debtor's estate; that The Lane Law Firm, PLLC represents no interest adverse to the Debtor in the matters upon which it is to be engaged; is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved, it is

**ORDERED** that The Lane Law Firm, PLLC be employed, to provide all necessary legal services to the Debtor in this case effective February 23, 2023; It is

**FURTHER ORDERED** that subject to further approval by this Court, The Lane Law Firm, PLLC shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this Chapter 11 case in compliance with sections § 330 and § 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016.  For billing purposes, The Lane Law Firm, PLLC shall keep its time in one tenth (1/10) hour increments; It is

**FURTHER ORDERED** that all allowed fees and expenses of The Lane Law Firm, PLLC shall constitute administrative expenses.

Signed:

_____
Marvin Isgur
United States Bankruptcy Judge