IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

### MOTION FOR APPROVAL OF POST-PETITION MONTHLY RETAINER PAYMENTS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Phase One Services LLC (the "Debtor"), files this Motion for Approval of Post-Petition Monthly Retainer Payments and establishing procedures for these post-petition monthly retainer deposits. In support thereof, the Debtor respectfully represent as follows:

#### I. Jurisdiction, Venue and Background

1. This Court has jurisdiction to consider the motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are Sections 327 and 328 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Local Rule 2014 and 2016 of the Local Court Rules of the United States Bankruptcy Court for

the Southern District of Texas.

## Background

3. On March 8, 2023 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code").

4. The Debtor continues to manage and operate its trucking business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

5. By this Motion, Debtor respectfully requests the entry of an order, pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, establishing procedures for post-petition payments of professionals and deposits of post-petition monthly payments into the firms IOLTA trust account. These funds can only be applied for through and approved by the Court.

6. Debtor has already sought to engage a professional in this case in the capacity of Debtor's Counsel, The Lane Law Firm, PLLC (Docket No. 3), seeking approval, under Section 327 of the Bankruptcy Code, to engage the firm to assist the Debtor.

7. The Debtor requests that the Court allow it to deposit $4,000.00 per month into The Lane Law Firm, PLLC's IOLTA Trust Account until this case is administratively closed, for future post-petition legal fees of Debtor's counsel and an additional amount of $1,500.00 per month to the Subchapter V Trustee, which would be subject to Court approval through fee applications. The funds for The Lane Law firm, PLLC would be deposited for its future post-petition legal fees into its the IOLTA Trust Account and would be subject to Court approval. The future post-petition legal fees for the SubChapter V Trustee shall be directly deposited into their IOLTA Trust Account and would be subject to further Court approval.

8. Debtor is requesting this motion for the Court to approve the monthly post-petition deposits pursuant to the terms of the Retainer Agreement. These monthly deposits do not in anyway put a financial strain on the current operations of the business. This motion is to help minimize impact of any temporary or final fee applications filed in this case so that Debtor has these funds already set aside

in the firms IOLTA Trust account and would not be required to pay these fees and expenses upon the entry of a Court order. These funds would still be subject to Court approval as stated in the Application to Employ (Docket No. 3) filed in this case.

## PRAYER

WHEREFORE, Debtor hereby requests that this Court enter an order that allows the Debtor to deposit post-petition monthly payments into The Lane Law Firm, PLLC's and the SubChapter V Trustee's IOLTA Trust Accounts and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Motion for Approval of Post-Petition Monthly Deposits was served to the parties listed below and to the parties on the attached mailing matrix either via e-mail, electronic notice by the court's ECF noticing system, or by first-class mail pre-paid postage on March 8, 2023:

Debtor:
Phase One Services LLC
10604 ½ Wallisville Road
Houston, Texas 77044

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

                                                  */s/Robert C. Lane*
                                                  Robert C. Lane

```
Label Matrix for local noticing        Phase One Services LLC                  4
0541-4                                  10604 1/2 Wallisville Rd               United States Bankruptcy Court
Case 23-30835                           Houston, TX 77013-4123                 PO Box 61010
Southern District of Texas                                                     Houston, TX 77208-1010
Houston
Wed Mar  8 07:46:43 CST 2023

Ashley Williams                         Aztec Portacans & Containers, LTD      Cashable LLC
12910 Breezy Meadow Ln.                 2001 W 34th Street                     2 Executive Blvd 305
Houston, TX 77044-1165                  Houston, TX 77018                      Suffern, NY 10901-8219


City of Houston                         Cloud Fund, LLC                        Cosco Shipping Lines
PO Box 1560                             400 Rella Blvd Suite 165-101           15600 JFK Blvd 400
Houston, TX 77251-1560                  Suffern, NY 10901-4241                 Houston, TX 77032-2344


DCLI Chassis                            Dakota Financial                       Department of Public Safety & Corrections
PO Box 603061                           11755 Wilshire Blvd Suite 1670         PO Box 61047
Charlotte, NC 28260-3061                Los Angeles, CA 90025-1526             New Orleans, LA 70161-1047


Evergreen Shipping Agency               Falcon Fleet Maintenance               Financial Pacific Leasing
16000 North Dallas Parkway 400          PO Box 7228                            3455 S. 344th Way Ste 300
Dallas, TX 75248-6609                   Houston, TX 77248-7228                 Federal Way, WA 98001-9546


HAPAG-LLOYD (AMERICA) LLC               HMM Co., LTD                           Harris County Toll Road Authority
Regional Headquarters                   222 West Las Colinas Blvd 700          PO Box 4440
399 Hoes Lane                           Irving, TX 75039-5468                  Houston, TX 77210-4440
Piscataway, NJ 08854-4115


Houston Industrial Yard, Inc./Triton Realty  IPFS Corporation                  Internal Revenue Service
3657 Briarpark Drive 300                P.O. Box 412086                        P.O. Box 7346
Houston, TX 77042-5266                  Kansas City, MO 64141-2086             Philadelphia, PA 19101-7346


Law Offices of Isaac H. Greenfield PLLC M&M Tire and Mechanic Shop             Mediterranean Shipping Company Inc.
2 Executive Blvd 305                    11649 Wallisville Road                 4700 W Sam Houston Pkwy N 250
Suffern, NY 10901-8219                  Houston, TX 77013-3418                 Houston, TX 77041-8225


Motive Credit Card                      Navitas Credit                         OTR Leasing
3500 South Dupont Highway               203 Fort Wade Road 300                 9100 Liberty Drive
Dover, DE 19901-6041                    Ponte Vedra, FL 32081-5159             Liberty, MO 64068-7500


Padfield & Stout                        Plexe LLC                              Sealand Maersk Company
420 Throckmorton Street Suite 1210      6295 Greenwood Plaza Blvd 100          9300 Arrowpoint Blvd
Fort Worth, TX 76102-3792               Englewood, CO 80111-4978               Charlotte, NC 28273-8136
```

| | | |
|---|---|---|
| Shark Trucking<br>12106 Mesa Drive<br>Houston, TX 77016-1622 | Silverline Services Inc.<br>1334 Peninsula Blvd 160<br>Hewlett, NY 11557-1226 | Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0005 |
| Stream<br>PO Box 650261<br>Dallas, TX 75265-0261 | TBS Factoring Service<br>PO Box 18109<br>Oklahoma City, OK 73154-0109 | TRAC Intermodel<br>750 College Road East<br>Princeton, NJ 08540-6646 |
| TXTAG<br>PO Box 650749<br>Dallas, TX 75265-0749 | The Feldman Law Firm, P.C.<br>3000 Marcus Avenue 2W15<br>New Hyde Park, NY 11042-1005 | The LCF Group<br>3000 Marcus Avenue 15<br>New Hyde Park, NY 11042-1005 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Transfer Shipping<br>25 W I-65 Service Road<br>Mobile, AL 36608-1201 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Waste Management<br>1001 Fannin Suite 4000<br>Houston, TX 77002-6711 | Willscot<br>4646 E Van Buren Street<br>Phoenix, AZ 85008-6915 | Ying Yang<br>3250 Briarpark Dr Suite 201<br>Houston, TX 77042-4263 |
| ZiM American Integrated Shipping Lines<br>5801 Lake Wright Drive<br>Norfolk, VA 23502-1863 | Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036-3369 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Phase One Services LLC<br>10604 1/2 Wallisville Rd<br>Houston, TX 77013-4123 | (u)Williams Scotsman, Inc.<br>10604 1/2 Wallisville Road<br>77103 | End of Label Matrix<br>Mailable recipients   46<br>Bypassed recipients    2<br>Total                 48 |