**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

**ORDER APPROVING POST-PETITON MONTHLY RETAINER PAYMENT**
**(Docket No. 4)**

The Court, having considered the Motion for Approval of Post-Petition Monthly Retainer Payments, filed by Phase One Services LLC ("Debtor"), finds that the relief requested is in the best interest of the Debtor's estate and that the motion should be approved, it is

**ORDERED** that the Debtor shall be allowed to deposit monthly post-petition retainer payments into The Lane Law Firm, PPLC's ILOTA Trust Account in the amount of $4,000.00 per month for The Lane Law Firm, PLLC and an additional amount of $1,500.00 per month directly into the IOLTA or other Trust Account of the SubChapter V Trustee, beginning the first business day after entry of this Order for post-petition legal fees, which are subject to orders from this Court prior to any disbursement of these funds to The Lane Law Firm, PLLC or the SubChapter V Trustee.

Signed:

_____
Marvin Isgur
United States Bankruptcy Judge

SUBMITTED BY:

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR