|   | **Pay Period 2/20-03/05** | | Pay day 3/14 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|   | Office Staff | Hourly | Overtime hours | Base | Commission | Owner Ops | Missed Days | Total | |
| w2 | Jaritsa | $17.50 | | $1,400.00 | | | | $1,400.00 | |
| w2 | Kiarra | $19.50 | | $1,218.75 | | | | $1,218.75 | |
| w2 | Carolyn | $300.00 | | $300.00 | | | | $300.00 | |
| w2 | Ashley | $1,000.00 | | $1,000.00 | | | | $1,000.00 | |
| w2 | Tiffanie | $23.00 | | $828.00 | | | | $828.00 | |
| 1099 | Mike | $19.00 | | $1,501.00 | | | | $1,501.00 | |
| 1099 | Mateo | $22.00 | | $1,688.50 | | | | $1,688.50 | |
| 1099 | Alejandro | $15.00 | | $885.00 | | | | $885.00 | |
| 1099 | Miguel | $25.00 | | $1,993.75 | | | | $1,993.75 | |
| 1099 | Roni | $20.00 | | $1,190.00 | | | | $1,190.00 | |
|   | **Pay Period 2/20-03/05** | | Pay date 3/13 | | | | | | |
|   | Office Staff | Hourly | Overtime hours | Base | Commission | Owner Ops | Missed Days | Total | |
| 1099 | Kenneth | $15.00 | $101.25 | $1,200.00 | | | | $1,301.25 | |
| 1099 | Demetrius | $14.00 | $204.75 | $1,120.00 | | | | $1,324.75 | |
| 1099 | Jonathan | $15.00 | $106.88 | $1,200.00 | | | | $1,306.88 | |
| 1099 | John | $14.00 | $0.00 | $1,088.50 | | | | $1,088.50 | |
|   |   |   |   |   |   |   |   | $5,021.38 | |
|   | **Pay Period 2/20-03/05** | | Pay date 3/13 | | | | | | . |
|   | Drivers | Base | Notes | Missed Day | Deductions | Main. Deduction | Additions | Total | |
| w2 | Marcus | $800.00 | | | | | $1,120.00 | $1,920.00 | |
| w-2 | Christian | $1,200.00 | | $480.00 | | | $100.00 | $820.00 | |
| 1099 | Marquise | $1,300.00 | | | | | $1,300.00 | $2,600.00 | |
| 1099 | Cornelious | $1,400.00 | | | | | $1,400.00 | $2,800.00 | |
| 1099 | Dion | $1,200.00 | | $240.00 | | | $840.00 | $1,800.00 | |
| 1099 | Steve | $1,200.00 | | $430.00 | | | $1,440.00 | $2,210.00 | |
| 1099 | Joe | $1,200.00 | 3/4 worked | | | | $1,680.00 | $2,880.00 | |
|   |   |   |   |   |   |   |   | $15,030.00 | |
|   |   |   |   | w2 total: | $7,486.75 | | Monday Payroll 3/13: | $20,051.38 | |
|   |   |   |   | 1099 Total: | $24,569.63 | | Tuesday Payroll 3/14: | $12,005.00 | |

EXHIBIT A