**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| **PHASE ONE SERVICES LLC** | § | |
| | § | |
| **Debtor** | § | CHAPTER 11 |

**ORDER ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF PRE-PETITION WAGES IN THE ORDINARY COURSE OF BUSINESS**

The Court, having reviewed the pleading finds that a need exists to order the relief herein and that it is in the best interest of the Debtor, the Debtor's estate, and Debtor's creditors to authorize payment of pre-petition W-2 Employees and contractors. Failure to timely disburse payment to the W-2 Employees and contractors would likely result in the termination of the relationships between the Debtor and its W-2 Employees and contractors whose continued services are essential to the Debtor's business operations; and that each of the persons who are to receive payments would, if treated as creditors in this proceeding, be entitled to priority under 11 U.S.C. § 507(a)(4)(B). It is accordingly,

**ORDERED** that the Debtor be authorized to remit payment to the W-2 Employees and contractors in the amount not to exceed $35,000.00 as such payments become due in the ordinary course of business.

Signed:

_____
Marvin Isgur
United States Bankruptcy Judge