IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

**EMERGENCY MOTION FOR AUTHORITY TO (I) CONTINUE PREPETITION FACTORING AGREEMENT ON A POSTPETITION BASIS AND (II) MODIFYING THE AUTOMATIC STAY**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Phase One Services LLC ("Debtor"), by and through their undersigned attorneys, hereby file this Motion for Authority to (I) Continue Prepetition Factoring Agreement on a Post-petition basis and (II) Modifying the Automatic Stay (the "Motion") and in support hereof, respectfully states as follows:

## I.     JURISDICTION AND VENUE

1. The Court has jurisdiction of the case and this Motion under 28 U.S.C. § 1334. This Motion constitutes a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 & 1409.

2. The Debtor remains in possession of the Estate as a debtor-in-possession under 11 U.S.C. §§ 1107 & 1108. No Subchapter V Trustee has been appointed in this case.

## II.     FACTUAL BACKGROUND

3. On March 8, 2023, the Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

4. The Debtor is a company that is operating its business and managing its financial affairs as Debtor-in-Possession.

5. The Debtor is operating from its facility in Humble, Texas. The Debtor operates a national shipping and trucking transportation business.

6. The Debtor and TBS Factoring Service (the "Factor") are parties to the original Factoring and Security Agreement dated November 13, 2018 and the addendum dated March 6, 2023 (the "Agreement"), a copy of which is attached as "Exhibit A."

7. The Agreement provides for advances by the Factor to the Debtor, so long as such advances do not cause the ratio of the Debtor's obligations to the Factor to the value (as determined in the Agreement) of the Debtor's eligible (as determined in the Agreement) accounts to exceed that set forth in the Agreement (the "Formula").

9. The Debtor has offered to assign its accounts to Factor under the Agreement and Factor has agreed to consider factoring accounts from the Debtor pursuant thereto.

10. The Debtor, notwithstanding its efforts to do so, is unable to obtain unsecured credit allowable under 11 U.S.C. Section 503(b)(1) as an administrative expense, or other than pursuant to 11 U.S.C. Section 364(c)(2) and (3), and the Debtor is unable to obtain credit on terms equal to or more favorable than those proposed by Factor.

11. Factor has agreed to consider providing working capital to the Debtor in accordance with the Agreement in good faith, within the meaning of 11 U.S.C. Section 364(e), and all interested parties were either notified of the Motion, as evidenced by the affidavit of service, or were present at this Court's hearing on the Motion.

12. Good cause exists for approval of the Debtor's agreement to the factoring by TBS Factoring Service under the terms of the Agreement, the entry of this Order will minimize disruption of the Debtor as a "going concern," and is in the best interest of the Debtor, its creditors, and its estate. The terms upon which the Debtor is authorized to utilize cash advances are determined as fair under the circumstances.

13. The Debtor has provided written notice of the filing of the Motion to the Factor, the United States Trustee, all of the Debtor's secured creditors, and all parties who filed requests for notice as evidenced by the affidavit of service filed by the Debtor's counsel with this Court, which notice this Court finds to be appropriate and adequate under Federal Rules of Bankruptcy Procedure 2002 and 4001, and as required by Section 364 of the Bankruptcy Code.

14. The Debtor admits, without prejudice to the rights of third parties to challenge same to the extent set forth below, that as of the Petition Date, in accordance with the Agreement, the Debtor was indebted to the Factor, without defense, counterclaim, recoupment or setoff, in the aggregate amount of at least the Pre-Petition Obligation secured by a valid, enforceable and properly perfected first priority lien in the collateral described therein.

15. The Agreement with Factor provides a vital source of working capital for the Debtor, is in the best interests of the Debtor and its estate and is necessary to avoid immediate and irreparable harm.

**WHEREFORE**, the Debtor respectfully requests entry of an order (a) granting the relief requested in the Motion; (b) approving the extension of Factoring Agreement on a post-petition basis and authorizing the Debtor to operate thereunder, and (c) granting such other and further relief as is just and proper.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF CONFERENCE**

I, Attorney Robert "Chip" Lane certify that on March 7, 2023, the Debtor representative had communication with her account manager with TBS Factoring Service and they are aware of the motion and would like to continue factoring with Debtor post-petition.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Debtor's Emergency Motion for Authority to (I) Continue Prepetition Factoring Agreement on a Post-petition basis and (II) Modifying the Automatic Stay was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, and by electronic mail as listed below on March 8, 2023:

Debtor:
Phase One Services LLC
10604 ½ Wallisville Road
Houston, Texas 77044

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

>*/s/ Robert "Chip" Lane*
> Robert "Chip" Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-30835<br>Southern District of Texas<br>Houston<br>Wed Mar  8 07:46:43 CST 2023 | Phase One Services LLC<br>10604 1/2 Wallisville Rd<br>Houston, TX 77013-4123 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Ashley Williams<br>12910 Breezy Meadow Ln.<br>Houston, TX 77044-1165 | Aztec Portacans & Containers, LTD<br>2001 W 34th Street<br>Houston, TX 77018 | Cashable LLC<br>2 Executive Blvd 305<br>Suffern, NY 10901-8219 |
| City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | Cloud Fund, LLC<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901-4241 | Cosco Shipping Lines<br>15600 JFK Blvd 400<br>Houston, TX 77032-2344 |
| DCLI Chassis<br>PO Box 603061<br>Charlotte, NC 28260-3061 | Dakota Financial<br>11755 Wilshire Blvd Suite 1670<br>Los Angeles, CA 90025-1526 | Department of Public Safety & Corrections<br>PO Box 61047<br>New Orleans, LA 70161-1047 |
| Evergreen Shipping Agency<br>16000 North Dallas Parkway 400<br>Dallas, TX 75248-6609 | Falcon Fleet Maintenance<br>PO Box 7228<br>Houston, TX 77248-7228 | Financial Pacific Leasing<br>3455 S. 344th Way Ste 300<br>Federal Way, WA 98001-9546 |
| HAPAG-LLOYD (AMERICA) LLC<br>Regional Headquarters<br>399 Hoes Lane<br>Piscataway, NJ 08854-4115 | HMM Co., LTD<br>222 West Las Colinas Blvd 700<br>Irving, TX 75039-5468 | Harris County Toll Road Authority<br>PO Box 4440<br>Houston, TX 77210-4440 |
| Houston Industrial Yard, Inc./Triton Realty<br>3657 Briarpark Drive 300<br>Houston, TX 77042-5266 | IPFS Corporation<br>P.O. Box 412086<br>Kansas City, MO 64141-2086 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Law Offices of Isaac H. Greenfield PLLC<br>2 Executive Blvd 305<br>Suffern, NY 10901-8219 | M&M Tire and Mechanic Shop<br>11649 Wallisville Road<br>Houston, TX 77013-3418 | Mediterranean Shipping Company Inc.<br>4700 W Sam Houston Pkwy N 250<br>Houston, TX 77041-8225 |
| Motive Credit Card<br>3500 South Dupont Highway<br>Dover, DE 19901-6041 | Navitas Credit<br>203 Fort Wade Road 300<br>Ponte Vedra, FL 32081-5159 | OTR Leasing<br>9100 Liberty Drive<br>Liberty, MO 64068-7500 |
| Padfield & Stout<br>420 Throckmorton Street Suite 1210<br>Fort Worth, TX 76102-3792 | Plexe LLC<br>6295 Greenwood Plaza Blvd 100<br>Englewood, CO 80111-4978 | Sealand Maersk Company<br>9300 Arrowpoint Blvd<br>Charlotte, NC 28273-8136 |

| | | |
|---|---|---|
| Shark Trucking<br>12106 Mesa Drive<br>Houston, TX 77016-1622 | Silverline Services Inc.<br>1334 Peninsula Blvd 160<br>Hewlett, NY 11557-1226 | Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0005 |
| Stream<br>PO Box 650261<br>Dallas, TX 75265-0261 | TBS Factoring Service<br>PO Box 18109<br>Oklahoma City, OK 73154-0109 | TRAC Intermodel<br>750 College Road East<br>Princeton, NJ 08540-6646 |
| TXTAG<br>PO Box 650749<br>Dallas, TX 75265-0749 | The Feldman Law Firm, P.C.<br>3000 Marcus Avenue 2W15<br>New Hyde Park, NY 11042-1005 | The LCF Group<br>3000 Marcus Avenue 15<br>New Hyde Park, NY 11042-1005 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Transfer Shipping<br>25 W I-65 Service Road<br>Mobile, AL 36608-1201 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Waste Management<br>1001 Fannin Suite 4000<br>Houston, TX 77002-6711 | Willscot<br>4646 E Van Buren Street<br>Phoenix, AZ 85008-6915 | Ying Yang<br>3250 Briarpark Dr Suite 201<br>Houston, TX 77042-4263 |
| ZiM American Integrated Shipping Lines<br>5801 Lake Wright Drive<br>Norfolk, VA 23502-1863 | Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036-3369 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Phase One Services LLC<br>10604 1/2 Wallisville Rd<br>Houston, TX 77013-4123 | (u)Williams Scotsman, Inc.<br>10604 1/2 Wallisville Road<br>77103 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     2<br>Total                  48 |