**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## NOTICE OF HEARING

You are hereby notified that a hearing has been set on Debtor's Emergency Motion to Use Cash Collateral (Docket No. 2), Emergency Motion for Entry of an Order to Pay Wages (Docket No. 5) and Emergency Motion to Continue Factoring Post-Petition (Docket No. 6) for **March 8, 2023, at 5:00 PM** at the U.S. Bankruptcy Courthouse located at 515 Rusk, Courtroom 404, Houston, Texas 77002. The hearing will be held on a hybrid basis. Parties may appear either in person or electronically.

To participate electronically, parties must follow the instructions set forth on Judge Isgur's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Isgur at 832-917-1510, conference room number 954554 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgeisgur. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Telephone
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Hearing on Debtor's Emergency Motions was served to the parties listed below via electronic notice by the court's ECF noticing system, or by the felectronic mail communication on March 8, 2023:

<u>Debtor:</u>
Phase One Services LLC
10604 ½ Wallisville Road
Houston, Texas 77044

<u>US Trustee:</u>
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

<u>Notice will be electronically mailed to:</u>

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

<u>Electronic email Notification sent to the following:</u>

U.S. Small Business Administration - Elizabeth.Karpati@usdoj.gov

Cashable LLC - info@greenfieldlawpllc.com

Navitas Credit – sales@navitascredit.com

Cloud Fund, LLC – customerservice@approvalandreconciliation.com

Silverline Services – skaminski@kaminskilawpllc.com, accounting@silverlinefunding.com, sam@silverlinefunding.com, ops@silverlinefunding.com

The LCF Group - info@thelcfgroup.com & ajf@feldmanlegal.com

Plexe LLC – team@plexe.co

Financial Pacific Leasing – obabcock@padfieldstout.com

                                                                            */s/Robert C. Lane*
                                                                            Robert C. Lane