## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 23-30835 | Name of Debtor: Phase One Services LLC |
| | |
| | |
| | |
| Witness(es): <br> 1. Ashley Williams | Judge: Marvin Isgur |
| | Courtroom Deputy: LinhThu Do |
| | Hearing Date: March 8, 2023 |
| | Hearing Time: 5:00 PM |
| | Party's Name: Phase One Services LLC |
| | Attorney's Name: Robert "Chip" Lane and Joshua Gordon |
| | Attorney's Phone: 713-595-8200 |
| | Nature of Proceeding: Emergency Hearing on Motions for Use of Cash Collateral, Wages and Factoring |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | **Emergency Motion for Authority to Use Cash Collateral (Docket No. 2)** | | | | |
| 1 | 14-day and 30-day Budget | | | | |
| 2 | Pos 1 – 1st Corp Solutions (Believed to be TBS Factoring) | | | | |
| 3 | Pos 2 - SBA | | | | |
| 4 | Pos 3 – Corporation Services (Vehicle Lien)(Believed to be Dakota Financial) | | | | |
| 5 | Pos 4 – Navitas Credit (Vehicle Lien) | | | | |
| 6 | Pos 5 – Corporation Services (Creditor Unknown) | | | | |
| 7 | Pos 6 – The LCF Group | | | | |
| 8 | Pos 7 – Plexe LLC | | | | |
| 9 | Pos 8 - Cashable | | | | |
| 10 | UCC Lien Search List | | | | |
| | | | | | |
| | **Emergency Motion to Pay Wages (Docket No. 5)** | | | | |
| 11 | Payroll List | | | | |
| | | | | | |
| | **Emergency Motion to Continue Factoring Agreement (Docket No. 6)** | | | | |
| 12 | Factoring Agreement | | | | |

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the Witness and Exhibit List and attached Exhibits was served to the parties listed below via electronic notice by the court's ECF noticing system and by e-mail on March 8, 2023:

Debtor:
Phase One Services LLC
10604 ½ Wallisville Road
Houston, Texas 77044

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

Electronic email Notification sent to the following:

U.S. Small Business Administration - Elizabeth.Karpati@usdoj.gov

Cashable LLC - info@greenfieldlawpllc.com

Navitas Credit – sales@navitascredit.com

Cloud Fund, LLC – customerservice@approvalandreconciliation.com

Silverline Services – skaminski@kaminskilawpllc.com, accounting@silverlinefunding.com, sam@silverlinefunding.com, ops@silverlinefunding.com

The LCF Group - info@thelcfgroup.com & ajf@feldmanlegal.com

Plexe LLC – team@plexe.co

Financial Pacific Leasing – obabcock@padfieldstout.com

                */s/ Robert C. Lane*
                Robert C. Lane