**14-DAY AND 30-DAY BUDGET**

| INCOME | DAYS 1-14 | DAYS 15-30 | 30 DAY TOTALS |
|---|---|---|---|
| **Opening Cash:** | $1,200.00 | $20,565.22 | |
| **Projected Cash Receipts:** | $125,000.00 | $125,000.00 | $250,000.00 |
| EMPLOYEE PAYROLL | $53,250.00 | $53,250.00 | $106,500.00 |
| CONTRACT SERVICES (1099) | $1,200.00 | $1,200.00 | $2,400.00 |
| LAND/TRUCK YARD LEASE | $12,999.00 | $12,999.00 | $25,998.00 |
| MODULAR BUIDLING LEASE | $1,600.00 | $1,600.00 | $3,200.00 |
| TRUCK FUEL | $25,000.00 | $25,000.00 | $50,000.00 |
| TRUCK REPAIR AND MAINTENANCE | $10,000.00 | $10,000.00 | $20,000.00 |
| INSURANCE | $6,250.00 | $6,250.00 | $12,500.00 |
| OFFICE SUPPLIES | $1,000.00 | $1,000.00 | $2,000.00 |
| FOOD, MEALS, TRAVEL | $500.00 | $500.00 | $1,000.00 |
| UTILITIES | $750.00 | $750.00 | $1,500.00 |
| PHONE/INTERNET | $375.00 | $375.00 | $750.00 |
| VINYL DOOR PRINTING | $250.00 | $250.00 | $500.00 |
| BANK SERVICE CHARGES | $175.00 | $175.00 | $350.00 |
| ACCOUNTING | $500.00 | $500.00 | $1,000.00 |
| ATTORNEY FEES | $2,000.00 | $2,000.00 | $4,000.00 |
| SUBCHAPTER V TRUSTEE | $750.00 | $750.00 | $1,500.00 |
| **TOTAL PROJECTED CASH DISBURSEMENTS** | $113,349.00 | $113,349.00 | $226,698.00 |
| **CASH ON HAND AFTER DISBURSEMENTS** | $12,851.00 | $32,216.22 | $32,216.22 |

EXHIBIT 1