**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
First Corporate Solutions
914 S Street
Sacramento, CA 95811
USA

FILING NUMBER: 18-0040597135
FILING DATE: 11/19/2018     09:11 AM
DOCUMENT NUMBER: 850358800001
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | PHASE ONE SERVICES LLC DBA PHASE ONE LOGISTICS |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |
| 1c. MAILING ADDRESS: 826 DARBYDALE CROSSING LN. | CITY: HOUSTON / STATE: TX / POSTAL CODE: 77090 / COUNTRY: USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| 2a. ORGANIZATION'S NAME | PHASE ONE SERVICES LLC |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |
| 2c. MAILING ADDRESS: 826 DARBYDALE CROSSING LN. | CITY: HOUSTON / STATE: TX / POSTAL CODE: 77090 / COUNTRY: USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |
| 3c. MAILING ADDRESS: 914 S STREET / SPRS@FICOSO.COM | CITY: SACRAMENTO / STATE: CA / POSTAL CODE: 95811 / COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:
All presently existing or hereafter arising, now owned or hereafter acquired accounts, accounts receivable, contract rights, documents, reserves, reserve accounts, rebates, and general intangibles, and all books and records pertaining to accounts and all proceeds of the foregoing property, equipment, and all other assets. Notice - Pursuant to an agreement between debtor and secured party, debtor has agreed not to grant a security interest in the collateral, described herein and in any future commercial tort claims to any other secured party. Accordingly, the acceptance of any such security interest by anyone other than the above secured party is likely to constitute the tortious interference with secured party's rights. In the event that any entity is granted a security interest in debtor's accounts, chattel paper or general intangibles contrary to the above, the secured party asserts a claim to any proceeds thereof received by such entity.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[UCC1-347497]

**EXHIBIT 2**

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**PHASE ONE SERVICES LLC DBA PHASE ONE LOGISTICS**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR

10a. ORGANIZATION'S NAME
**PHASE ONE LOGISTICS**

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 826 DARBYDALE CROSSING LN. | HOUSTON | TX | 77090 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY**