# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808
USA

**FILING NUMBER:** 22-0043006401
**FILING DATE:** 08/30/2022     05:15 PM
**DOCUMENT NUMBER:** 1174235360001
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**1a. ORGANIZATION'S NAME:** Phase One Services Llc

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7544 fm 1960 rd e | humble | TX | 77346 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

**3a. ORGANIZATION'S NAME:** CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 2576  UCCSPREP@CSCINFO.COM | Springfield | IL | 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Receivables (as defined in the Purchase of Receivables Agreement between Debtor and Secured Party - the "Purchase Agreement")) sold to Secured Party from time to time pursuant to Purchase Agreement(s). Such transaction is a sale, not an assignment, of a security interest. Said Receivables are not absolutely deliverable so long as there does not exist a Structural Default (as defined in the Purchase Agreement). Secured Party also has a current security interest in all of Debtor's accounts (other than the purchased Receivables), and, upon the occurrence of a Structural Default, a continuing priority security interest in all assets of Debtor, whether now owned or hereafter acquired and wherever located, including, but not limited to: (1) all chattel paper, commercial tort claims, documents, equipment, farm products, fixtures, general intangibles, instruments, inventory, investment property and letter-of- credit rights (as those terms are defined in Article 9 of the Uniform Commercial Code in effect from time-to-time in the State of Ohio); (2) all liquor licenses and/or permits; (3) all trademarks, trade names, service marks, logos and other sources of business identifiers, and all registrations, recordings and applications with U.S. Patent and Trademark Office and all renewals, reissues and extensions thereof (collectively, "Trademarks"), together with any written agreement granting any right to use any Trademarks; and (4) all proceeds and products (as those terms are defined in Article 9 of the Uniform Commercial Code in effect

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☑ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[238683662]

EXHIBIT 6

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
9a. ORGANIZATION'S NAME
**Phase One Services Llc**

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR
10a. ORGANIZATION'S NAME

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

OR
11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

from time-to-time in the State of Ohio) of the foregoing and any additions and accessions thereto or substitutions thereof. Notice - Pursuant to the Purchase Agreement between Debtor and Secured party, Debtor has agreed not to grant a security interest in the Receivables to any other party. Accordingly, the acceptance of any security interest by anyone other than the Secured Party may constitute tortious interference with the Secured Party's rights under the Purchase Agreement. In the event that any other party is granted a security interest in the Receivables in violation of the Purchase Agreement, the Secured Party asserts a claim to any proceeds thereof received by such party.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY**