# TEXAS SECRETARY of STATE
# JANE NELSON

### Debtor Name Search

This debtor name search was performed on 03/02/2023 03:03 PM with the following search parameters:
**DEBTOR NAME:  PHASE ONE SERVICES**
**CITY:  [Not Specified]**

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 18-0040597135 | Financing Statement | 11/19/2018 09:11 AM | 2 | 11/20/2023 |
| Debtor |  | PHASE ONE SERVICES LLC DBA PHASE ONE LOGISTICS | | 826 DARBYDALE CROSSING LN.<br>HOUSTON, TX, 77090 | | |
| Debtor |  | PHASE ONE SERVICES LLC | | 826 DARBYDALE CROSSING LN.<br>HOUSTON, TX, 77090 | | |
| Debtor |  | PHASE ONE LOGISTICS | | 826 DARBYDALE CROSSING LN.<br>HOUSTON, TX, 77090 | | |
| Secured Party |  | FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE | | 914 S STREET / SPRS@FICOSO.COM<br>SACRAMENTO, CA, 95811 | | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 20-0031412174 | Financing Statement | 06/30/2020 07:37 PM | 1 | 06/30/2025 |
| Debtor |  | PHASE ONE SERVICES LLC | | 826 DARBYDALE CROSSING LN<br>HOUSTON, TX, 77090 | | |
| Secured Party |  | U.S. SMALL BUSINESS ADMINISTRATION | | 10737 GATEWAY WEST, #300<br>EL PASO, TX, 79935 | | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 22-0008632942 | Financing Statement | 02/21/2022 05:01 PM | 1 | 02/23/2027 |
| Debtor |  | PHASE ONE SERVICES LLC | | 12910 BREEZY MEADOW LN<br>HOUSTON, TX, 77044-1165 | | |
| Secured Party |  | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | PO BOX 2576 UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 | | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 22-0019046478 | Financing Statement | 04/15/2022 11:37 AM | 1 | 04/15/2027 |
| Debtor |  | PHASE ONE SERVICES LLC | | 12910 BREEZY MEADOW LANE<br>HOUSTON, TX, 77044 | | |
| Secured Party |  | NAVITAS CREDIT CORP. | | 201 EXECUTIVE CENTER DR STE100<br>COLUMBIA, SC, 29210 | | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 22-0043006401 | Financing Statement | 08/30/2022 05:15 PM | 2 | 08/30/2027 |
| Debtor |  | PHASE ONE SERVICES LLC | | 7544 FM 1960 RD E<br>HUMBLE, TX, 77346 | | |

EXHIBIT 10

| | | | |
|---|---|---|---|
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576 UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 22-0046505024 | Financing Statement | 09/21/2022 09:57 AM | 3 | 09/21/2027 |

| | | |
|---|---|---|
| Debtor | PHASE ONE SERVICES LLC | 10604 1/2 WALLISVILLE ROAD HOUSTON, TX, 77013 |
| Debtor | PHASE ONE LOGISTICS | 10604 1/2 WALLISVILLE ROAD HOUSTON, TX, 77013 |
| Debtor | PHASE 10 SERVICES INC. | 10604 1/2 WALLISVILLE ROAD HOUSTON, TX, 77013 |
| Debtor | ASHLEY WILLIAMS | 10604 1/2 WALLISVILLE ROAD HOUSTON, TX, 77013 |
| Secured Party | THE LCF GROUP, INC. | 3000 MARCUS AVENUE, SUITE 2W15 LAKE SUCCESS, NY, 11042 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 22-0060750739 | Financing Statement | 12/20/2022 12:39 AM | 1 | 12/20/2027 |

| | | |
|---|---|---|
| Debtor | PHASE ONE SERVICES LLC | 12910 BREEZY MEADOW LN HOUSTON, TX, 77044 |
| Secured Party | PLEXE LLC | 6295 GREENWOOD PLAZA BLVD, SUITE 100 GREENWOOD VILLAGE, CO, 80111 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 23-0001297337 | Financing Statement | 01/10/2023 10:03 AM | 1 | 01/11/2028 |

| | | |
|---|---|---|
| Debtor | PHASE ONE SERVICES LLC | 10604 WALLISVILLE RD HOUSTON, TX, 77044 |
| Debtor | ASHLEY NICHOLE WILLIAMS | 12910 BREEXY MEADOW LN HOUSTON, TX, 77044 |
| Secured Party | CT CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700, ATTN: SPRS GLENDALE, CA, 91203 |

Select All Filings: ☐

[ Order Selected Filings ]  [ Order Certificate ]  [ New Search ]

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.