**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-30835** |
| **PHASE ONE SERVICES LLC** | § | |
| | § | |
| **Debtor** | § | **CHAPTER 11** |

**CERTIFICATE OF SERVICE**
*[Relates to Docket No. 13]*

       I hereby certify that a true and correct copy of the Interim Order on Authority to Use Cash Collateral (Docket No. 13), attached hereto, was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system, by e-mail, or by United States first class mail, postage prepaid, on March 9, 2023:

Debtor:
Phase One Services LLC
10604 ½ Wallisville Road
Houston, Texas 77044

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

Electronic email Notification sent to the following:

U.S. Small Business Administration – Elizabeth.Karpati@usdoj.gov

Cashable LLC - info@greenfieldlawpllc.com

Navitas Credit – sales@navitascredit.com

Cloud Fund, LLC – customerservice@approvalandreconciliation.com

Silverline Services – skaminski@kaminskilawpllc.com & accounting@silverlinefunding.com

The LCF Group - info@thelcfgroup.com & ajf@feldmanlegal.com

Plexe LLC – team@plexe.co

Financial Pacific Leasing – obabcock@padfieldstout.com

 

      Respectfully submitted,

      THE LANE LAW FIRM, PLLC
      */s/Robert C. Lane*
      Robert C. Lane
      State Bar No. 24046263
      notifications@lanelaw.com
      Joshua Gordon
      State Bar No. 24091592
      Joshua.gordon@lanelaw.com
      6200 Savoy, Suite 1150
      Houston, Texas 77036
      (713) 595-8200 Voice
      (713) 595-8201 Facsimile
      PROPOSED COUNSEL FOR DEBTOR

Label Matrix for local noticing
0541-4
Case 23-30835
Southern District of Texas
Houston
Thu Mar  9 08:01:47 CST 2023

Phase One Services LLC
10604 1/2 Wallisville Rd
Houston, TX 77013-4123

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Ashley Williams
12910 Breezy Meadow Ln.
Houston, TX 77044-1165

Aztec Portacans & Containers, LTD
2001 W 34th Street
Houston, TX 77018

Cashable LLC
2 Executive Blvd 305
Suffern, NY 10901-8219

City of Houston
PO Box 1560
Houston, TX 77251-1560

Cloud Fund, LLC
400 Rella Blvd Suite 165-101
Suffern, NY 10901-4241

Cosco Shipping Lines
15600 JFK Blvd 400
Houston, TX 77032-2344

DCLI Chassis
PO Box 603061
Charlotte, NC 28260-3061

Dakota Financial
11755 Wilshire Blvd Suite 1670
Los Angeles, CA 90025-1526

Department of Public Safety & Corrections
PO Box 61047
New Orleans, LA 70161-1047

Evergreen Shipping Agency
16000 North Dallas Parkway 400
Dallas, TX 75248-6609

Falcon Fleet Maintenance
PO Box 7228
Houston, TX 77248-7228

Financial Pacific Leasing
3455 S. 344th Way Ste 300
Federal Way, WA 98001-9546

HAPAG-LLOYD (AMERICA) LLC
Regional Headquarters
399 Hoes Lane
Piscataway, NJ 08854-4115

HMM Co., LTD
222 West Las Colinas Blvd 700
Irving, TX 75039-5468

Harris County Toll Road Authority
PO Box 4440
Houston, TX 77210-4440

Houston Industrial Yard, Inc./Triton Realty
3657 Briarpark Drive 300
Houston, TX 77042-5266

IPFS Corporation
P.O. Box 412086
Kansas City, MO 64141-2086

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Law Offices of Isaac H. Greenfield PLLC
2 Executive Blvd 305
Suffern, NY 10901-8219

M&M Tire and Mechanic Shop
11649 Wallisville Road
Houston, TX 77013-3418

Mediterranean Shipping Company Inc.
4700 W Sam Houston Pkwy N 250
Houston, TX 77041-8225

Motive Credit Card
3500 South Dupont Highway
Dover, DE 19901-6041

Navitas Credit
203 Fort Wade Road 300
Ponte Vedra, FL 32081-5159

OTR Leasing
9100 Liberty Drive
Liberty, MO 64068-7500

Padfield & Stout
420 Throckmorton Street Suite 1210
Fort Worth, TX 76102-3792

Plexe LLC
6295 Greenwood Plaza Blvd 100
Englewood, CO 80111-4978

Sealand Maersk Company
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

Shark Trucking
12106 Mesa Drive
Houston, TX 77016-1622

Silverline Services Inc.
1334 Peninsula Blvd 160
Hewlett, NY 11557-1226

Small Business Administration
409 3rd St SW
Washington, DC 20416-0005

Stream
PO Box 650261
Dallas, TX 75265-0261

TBS Factoring Service
PO Box 18109
Oklahoma City, OK 73154-0109

TRAC Intermodel
750 College Road East
Princeton, NJ 08540-6646

TXTAG
PO Box 650749
Dallas, TX 75265-0749

The Feldman Law Firm, P.C.
3000 Marcus Avenue 2W15
New Hyde Park, NY 11042-1005

The LCF Group
3000 Marcus Avenue 15
New Hyde Park, NY 11042-1005

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

Transfer Shipping
25 W I-65 Service Road
Mobile, AL 36608-1201

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Waste Management
1001 Fannin Suite 4000
Houston, TX 77002-6711

Willscot
4646 E Van Buren Street
Phoenix, AZ 85008-6915

Ying Yang
3250 Briarpark Dr Suite 201
Houston, TX 77042-4263

ZiM American Integrated Shipping Lines
5801 Lake Wright Drive
Norfolk, VA 23502-1863

Robert Chamless Lane
The Lane Law Firm
6200 Savoy Drive
Ste 1150
Houston, TX 77036-3369

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Phase One Services LLC
10604 1/2 Wallisville Rd
Houston, TX 77013-4123

(u)Williams Scotsman, Inc.
10604 1/2 Wallisville Road
77103

End of Label Matrix
Mailable recipients     46
Bypassed recipients      2
Total                   48