Robert A. Simon
State Bar No. 18390000
**WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
**ATTORNEYS FOR CREDITOR,
TBS FACTORING SERVICE, LLC**

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § | |
| § | CASE NO: 23-30835 |
| PHASE ONE SERVICES LLC, § § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel, requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

TBS Factoring Service, LLC
c/o Robert A. Simon
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections

thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

March 9, 2023.

Respectfully submitted,

**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**

/s/ *Robert A Simon*
Robert A. Simon
Texas Bar No. 18390000

301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0570
Facsimile: (817) 878-0587
rsimon@whitakerchalk.com
**Attorneys for Creditor**
**TBS Factoring Service, LLC**

## CERTIFICATE OF SERVICE

I hereby certify on this the 9th day of March 2023, that I caused to be served a true and correct copy of the of the foregoing Notice of Appearance and Request for Service of Papers upon all parties registered to receive service via this Court's ECF notification system in accordance with the Bankruptcy Rules.

/s/ *Robert A. Simon*
Robert A. Simon