**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-30835** |
| **PHASE ONE SERVICES LLC** | § | |
| | § | |
| **Debtor** | § | **CHAPTER 11** |

**INTERIM ORDER ON AUTHORITY TO (I) CONTINUE PREPETITION FACTORING AGREEMENT ON A POSTPETITION BASIS AND (II) MODIFYING THE AUTOMATIC STAY
(DOCKET NO. 6)**

On Motion by Debtor in Possession, Phase One Services LLC, d/b/a Phase One Logistics (the "Debtor") to continue the pre-petition factoring agreement with TBS Factoring Service, LLC ("Factor") on a post-petition basis, and the Court having considered the Motion, it is accordingly,

ORDERED as follows:

1. The Debtor is authorized on an interim basis, effective immediately, to continue to sell its accounts ("Accounts") to the Factor pursuant to Bankruptcy Code Section 363, pursuant to the terms of the Pre-petition Factoring Agreement (the "Agreement"), and to execute all documents and take all actions to be executed and taken in connection with and in furtherance of all undertakings and obligations thereunder.

2. A true and correct copy of the Agreement is attached hereto, incorporated herein by this reference, and marked as Exhibit "A."

3. Factor is authorized but not required to buy Accounts from Debtor. Factor may agree to buy some Accounts from the Debtor, and to decline to buy others, in its sole discretion. Nothing in this Order shall be deemed to expand Factor's contractual obligations to the Debtor under the Agreement.

4. The provisions of the Interim's Order on Authority to Use Cash Collateral [Docket No. 13] shall apply with regard to any Accounts purchased by Factor.

5. Any stay pursuant to Fed. R. Bankr. P. 6004(h) is waived.

Signed:

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED AS TO FORM AND SUBSTANCE:

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
**PROPOSED COUNSEL FOR DEBTOR**

AND

Whitaker Chalk Swindle & Schwartz PLLC

*/s/Robert A. Simon signed with permission RCL*
Robert A. Simon
Texas Bar No. 18390000
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0570
Facsimile: (817) 878-0587
rsimon@whitakerchalk.com
**Attorneys for Creditor**
**TBS Factoring Service, LLC**

AND

Chamberlain, Hrdlicka, White,
Williams & Aughtry, PC

By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.658.1818
F: 713.658.2553
E:  jarrod.martin@chamberlainlaw.com
**Subchapter V Trustee**