**Fill in this information to identify the case:**

Debtor name _____ Phase One Services LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 23-30835 _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/10/2023___
     MM/ DD/ YYYY

X /s/ Ashley Williams _____
Signature of individual signing on behalf of debtor

Ashley Williams _____
Printed name

President _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ Phase One Services LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 23-30835 _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand** | _____ |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Bank of America | Checking account | 0323 | $0.00 |

**Additional Page Total** - *See continuation page for additional entries* | $0.00

**4.** **Other cash equivalents** *(Identify all)*
**None**

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $0.00

| Part 2: | Deposits and prepayments |
|---|---|

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 Houston Industrial Yard, LLC | $53,000.00 |
|---|---|

Debtor __Phase One Services LLC_____ Case number *(if known)* _____23-30835_____
    Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $53,000.00

---

**Part 3:**  Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:    __$306,781.12__  -  __$0.00__  = ......→  __$306,781.12__
                          face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    __$41,374.00__  -  __$0.00__  = ......→  __$41,374.00__
                          face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $348,155.12

---

**Part 4:**  Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:          % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

---

| Debtor | **Phase One Services LLC** | Case number *(if known)* | **23-30835** |
|---|---|---|---|
| | Name | | |

None

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83. $0.00

---

**Part 5:** Inventory, excluding agriculture assets

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| None | | | | |
| 20. **Work in progress** | | | | |
| None | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| None | | | | |
| 22. **Other inventory or supplies** | | | | |
| None | | | | |

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84. $0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor   __Phase One Services LLC_____   Case number *(if known)*   ____23-30835___
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

    **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

    **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

    **None**

**33.** **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                         **$0.00**

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor    __Phase One Services LLC_____    Case number *(if known)* _____23-30835_____
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1  **Desks(11)** | **(Unknown)** | | **$3,300.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$1,154.00** |
| **40.  Office fixtures** | | | |
| **None** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  **Cell Phones (9)** | **(Unknown)** | | **$450.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$4,700.00** |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

**43.  Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                           **$9,604.00**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2016 International Prostar Sleeper 3210** | **(Unknown)** | | **$25,000.00** |

Debtor    __Phase One Services LLC_____    Case number *(if known)* _____23-30835_____
              Name

| | | | |
|---|---|---|---|
| 47.2 **2016 Peterbilt 579** | (Unknown) | | $60,000.00 |
| 47.3 **2017 International Prostar Sleeper 0735** / Leased through **OTR Leasing** | (Unknown) | | $25,000.00 |

**Additional Page Total** - *See continuation page for additional entries*                                                      $215,480.00

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

     **None**

49. **Aircraft and accessories**

     **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     **None**

51. **Total of Part 8**
     Add lines 47 through 50. Copy the total to line 87.                                          $325,480.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

---

**Part 9:**  Real Property

---

54. **Does the debtor own or lease any real property?**
     ☑ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

     **None**

56. **Total of Part 9**
     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                    $0.00

Debtor __**Phase One Services LLC**_____   Case number *(if known)* _____**23-30835**_____
     Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| **Part 10:** | Intangibles and Intellectual Property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
|   None | | | |
| **61.  Internet domain names and websites** | | | |
|   61.1  **www.phaseonelogistics.com** | (Unknown) | | $1.00 |
| **62.  Licenses, franchises, and royalties** | | | |
|   62.1  **MC# 166410** | (Unknown) | | $1.00 |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
|   None | | | |
| **64.  Other intangibles, or intellectual property** | | | |
|   None | | | |
| **65.  Goodwill** | | | |
|   None | | | |

66.  **Total of Part 10**
   Add lines 60 through 65. Copy the total to line 89.                            **$2.00**

67.  **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
   ☑ No
   ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

---

Debtor __Phase One Services LLC_____     Case number *(if known)* _____23-30835___
      Name

---

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:   All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| **None** | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **None** | |
| 73. **Interests in insurance policies or annuities** | |
| **None** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| Stolen Funds(Former Employees) Police Report File<br>74.1 #1752795-22 _____ | _____(Unknown) |
| **Nature of Claim** __Stolen Funds_____ | |
| **Amount Requested** __$600,000.00_____ | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **None** | |
| 76. **Trusts, equitable or future interests in property** | |
| **None** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **None** | |
| 78. **Total of Part 11** | |
| Add lines 71 through 77. Copy the total to line 90. | _____$0.00 |

---

Debtor     **Phase One Services LLC**                                   Case number *(if known)*      **23-30835**

        Name

---

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  **Phase One Services LLC**
Name

Case number *(if known)*  **23-30835**

---

**Part 12:** Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $53,000.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $348,155.12 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $9,604.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $325,480.00 | |
| **88.** **Real property.** *Copy line 56, Part 9*............................................................ → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.*  + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column......  91a. | $736,241.12  + 91b. | $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................ | | $736,241.12 |

| Debtor | **Phase One Services LLC** | Case number *(if known)* | **23-30835** |
|---|---|---|---|
| | Name | | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts - *Continued*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | **Navy Federal Credit Union** | **Checking account** | **5800** | **(Unknown)** |
| 3.3 | **Navy Federal Credit Union** | **Checking account** | **6649** | **(Unknown)** |
| 3.4 | **Bank of America** | **Checking account** | **0336** | **(Unknown)** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** Office furniture - *Continued*

| | | | |
|---|---|---|---|
| 39.2 **Chairs (16)** | **(Unknown)** | | **$704.00** |
| 39.3 **Filing Cabinets(4)** | **(Unknown)** | | **$250.00** |
| 39.4 **Table** | **(Unknown)** | | **$200.00** |

**41.** Office equipment - *Continued*

| | | | |
|---|---|---|---|
| 41.2 **Printers (4)** | **(Unknown)** | | **$300.00** |
| 41.3 **Copier** | **(Unknown)** | | **$400.00** |
| 41.4 **Computers (12)** | **(Unknown)** | | **$3,600.00** |
| 41.5 **Monitors (8)** | **(Unknown)** | | **$400.00** |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles - *Continued*

| | | | |
|---|---|---|---|
| 47.4 **2017 International Prostar Sleeper 0735** | **(Unknown)** | | **$25,000.00** |
| 47.5 **2014 Freightliner Cascadia 0807 / Leased through Financial Pacific** | **(Unknown)** | | **$36,000.00** |
| 47.6 **2017 International Prostar 122 9506 / Leased through Financial Pacific** | **(Unknown)** | | **$32,000.00** |
| 47.7 **2016 Freightliner Columbia 6192** | **(Unknown)** | | **$30,000.00** |
| 47.8 **2013 Volvo VNL 6x4 1423 / Leased through Financial Pacific** | **(Unknown)** | | **$32,000.00** |
| 47.9 **2014 Volvo VNL 6x4 TR** | **(Unknown)** | | **$28,000.00** |
| 47.10 **2014 Freightliner Cascadia 5809** | **(Unknown)** | | **$32,480.00** |

Fill in this information to identify the case:

Debtor name ___Phase One Services LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
                                                                        (State)

Case number (if known): ___23-30835___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Dakota Financial | **Describe debtor's property that is subject to a lien**<br>2017 International Prostar Sleeper 0735 | $38,700.00 | $25,000.00 |
| **Creditor's mailing address**<br>11755 Wilshire Blvd Suite 1670<br>Los Angeles, CA 90025 | **Describe the lien**<br>18-Wheeler Loan | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** __ __ __ __ | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $175,180.00

Debtor   Phase One Services LLC

Name

Case number (if known)   23-30835

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2  Creditor's name**

Dakota Financial

**Describe debtor's property that is subject to a lien**

2014 Volvo VNL 6x4 TR                                      $32,480.00          $28,000.00

**Describe the lien**

18-Wheeler Loan

**Creditor's mailing address**

11755 Wilshire Blvd Suite 1670

Los Angeles, CA 90025

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Phase One Services LLC
          Name

Case number (if known)   23-30835

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3   Creditor's name**

Financial Pacific Leasing

**Creditor's mailing address**

3455 S. 344th Way Ste 300

Federal Way, WA 98001

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 Freightliner Cascadia 5809

**Describe the lien**

Lease for Trucks

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

unknown    $32,480.00

| Debtor | Phase One Services LLC | Case number (if known) | 23-30835 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.4**

**Creditor's name**
Financial Pacific Leasing

**Creditor's mailing address**
3455 S. 344th Way Ste 300

Federal Way, WA 98001

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**
2013 Volvo VNL 6x4 1423

**Describe the lien**
Lease for Trucks

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| unknown | $32,000.00 |
|---|---|

---

**2.5**

**Creditor's name**
Financial Pacific Leasing

**Creditor's mailing address**
3455 S. 344th Way Ste 300

Federal Way, WA 98001

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**
2014 Freightliner Cascadia 0807

**Describe the lien**
Lease for Trucks

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| unknown | $36,000.00 |
|---|---|

---

| Debtor | Phase One Services LLC | Case number (if known) | 23-30835 |
|---|---|---|---|
| | Name | | |

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.6** Creditor's name

Financial Pacific Leasing

**Creditor's mailing address**

3455 S. 344th Way Ste 300

Federal Way, WA 98001

**Creditor's email address, if known**


**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**

2017 International Prostar 122 9506

**Describe the lien**

Lease for Trucks

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown    Column B: $32,000.00

---

**2.7** Creditor's name

Navitas Credit

**Creditor's mailing address**

203 Fort Wade Road 300

Ponte Vedra, FL 32081

**Creditor's email address, if known**


**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**

2016 Freightliner Columbia 6192

**Describe the lien**

18-Wheeler Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $52,000.00    Column B: $30,000.00

---

| Debtor | Phase One Services LLC | Case number (if known) | 23-30835 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.8   Creditor's name**

OTR Leasing

**Creditor's mailing address**

9100 Liberty Drive

Liberty, MO 64068

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**

2016 Peterbilt 579

**Describe the lien**

Lease on Trucks

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

unknown | $60,000.00

---

**2.9   Creditor's name**

OTR Leasing

**Creditor's mailing address**

9100 Liberty Drive

Liberty, MO 64068

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**

2017 International Prostar Sleeper 0735

**Describe the lien**

Lease for Trucks

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

unknown | $25,000.00

---

| Debtor | Phase One Services LLC | Case number (if known) | 23-30835 |
| --- | --- | --- | --- |
|  | Name |  |  |

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.10** Creditor's name

Small Business Administration

Describe debtor's property that is subject to a lien

Column A: $52,000.00     Column B: unknown

**Creditor's mailing address**

409 3rd St SW

Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   9  6  2  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

EIDL

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.11** Creditor's name

TBS Factoring Service

Describe debtor's property that is subject to a lien

Accounts receivable under 90 days, Accounts receivable over 90 days

Column A: unknown     Column B: $348,155.12

**Creditor's mailing address**

PO Box 18109

Oklahoma City, OK 73154

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Factoring Company

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Phase One Services LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 23-30835 |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,936.57 | $2,936.57 |
| City of Houston | ☐ Contingent | | |
| PO Box 1560 | ☐ Unliquidated | | |
| Houston, TX 77251 | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the Claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 | $1,200.00 |
| Internal Revenue Service | ☐ Contingent | | |
| P.O. Box 7346 | ☐ Unliquidated | | |
| Philadelphia, PA 19101-7346 | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the Claim: Federal Taxes | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

Debtor      **Phase One Services LLC**                                      Case number *(if known)*        **23-30835**
_____
            Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Aztec Portacans & Containers, LTD**

**2001 W 34th Street**

**Houston, TX 77018**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Company**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$291.00**

---

**3.2** Nonpriority creditor's name and mailing address
**Business Backer**

**10856 Reed Hartman Hwy**

**Cincinnati, OH 45242**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$149,000.00**

---

**3.3** Nonpriority creditor's name and mailing address
**Cashable LLC**

**2 Executive Blvd 305**

**Suffern, NY 10901**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$55,965.00**

---

**3.4** Nonpriority creditor's name and mailing address
**Cloud Fund, LLC**

**400 Rella Blvd Suite 165-101**

**Suffern, NY 10901**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$71,950.00**

| Debtor | **Phase One Services LLC** | Case number *(if known)* | **23-30835** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Cosco Shipping Lines**

**15600 JFK Blvd 400**

**Houston, TX 77032**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Company**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.6** Nonpriority creditor's name and mailing address

**DCLI Chassis**

**PO Box 603061**

**Charlotte, NC 28260**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chassis Shop Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$122,744.62**

---

**3.7** Nonpriority creditor's name and mailing address

**Department of Public Safety & Corrections**

**PO Box 61047**

**New Orleans, LA 70161-1047**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tags**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.8** Nonpriority creditor's name and mailing address

**Evergreen Shipping Agency**

**16000 North Dallas Parkway 400**

**Dallas, TX 75248**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Company**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,870.00**

---

| Debtor | **Phase One Services LLC** | Case number *(if known)* | **23-30835** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | <u>unknown</u> |
|---|---|---|---|

**Falcon Fleet Maintenance**

**PO Box 7228**

**Houston, TX 77248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Repair Shop</u>

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | <u>$9,400.00</u> |
|---|---|---|---|

**HAPAG-LLOYD (AMERICA) LLC**

**Regional Headquarters**

**399 Hoes Lane**

**Piscataway, NJ 08854**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Shipping Company</u>

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | <u>unknown</u> |
|---|---|---|---|

**Harris County Toll Road Authority**

**PO Box 4440**

**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Toll Tags</u>

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | <u>unknown</u> |
|---|---|---|---|

**HMM Co., LTD**

**222 West Las Colinas Blvd 700**

**Irving, TX 75039**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Shipping Company</u>

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Phase One Services LLC** | Case number *(if known)* | **23-30835** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.13** Nonpriority creditor's name and mailing address

**IPFS Corporation**

**P.O. Box 412086**

**Kansas City, MO 64141**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$48,122.95

---

**3.14** Nonpriority creditor's name and mailing address

**M&M Tire and Mechanic Shop**

**11649 Wallisville Road**

**Houston, TX 77013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repair Shop**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.15** Nonpriority creditor's name and mailing address

**Mediterranean Shipping Company Inc.**

**4700 W Sam Houston Pkwy N 250**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping Company**

Is the claim subject to offset?
☑ No
☐ Yes

$15,010.00

---

**3.16** Nonpriority creditor's name and mailing address

**Motive Credit Card**

**3500 South Dupont Highway**

**Dover, DE 19901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$29,000.00

| Debtor | **Phase One Services LLC** | Case number *(if known)* | **23-30835** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.17** **Nonpriority creditor's name and mailing address**

Plexe LLC

6295 Greenwood Plaza Blvd 100

Englewood, CO 80111

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

---

**3.18** **Nonpriority creditor's name and mailing address**

Sealand Maersk Company

9300 Arrowpoint Blvd

Charlotte, NC 28273

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shipping Company

**Is the claim subject to offset?**
☑ No
☐ Yes

$820.00

---

**3.19** **Nonpriority creditor's name and mailing address**

Shark Trucking

12106 Mesa Drive

Houston, TX 77016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair Shop

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,500.00

---

**3.20** **Nonpriority creditor's name and mailing address**

Silverline Services Inc.

1334 Peninsula Blvd 160

Hewlett, NY 11557

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,000.00

---

Debtor   **Phase One Services LLC**

Name

Case number *(if known)*   **23-30835**

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Stream**

**PO Box 650261**

**Dallas, TX 75265**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

___underline___ unknown

---

**3.22** Nonpriority creditor's name and mailing address

**The LCF Group**

**3000 Marcus Avenue 15**

**New Hyde Park, NY 11042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset?
☑ No
☐ Yes

$53,764.15

---

**3.23** Nonpriority creditor's name and mailing address

**TRAC Intermodel**

**750 College Road East**

**Princeton, NJ 08540**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Company**

Is the claim subject to offset?
☑ No
☐ Yes

$34,270.14

---

**3.24** Nonpriority creditor's name and mailing address

**Transfer Shipping**

**25 W I-65 Service Road**

**Mobile, AL 36602**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Company**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor   **Phase One Services LLC**                                      Case number *(if known)*        **23-30835**
         Name

---

| Part 2: | Additional Page |

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,200.00
| | **TXTAG** | *Check all that apply.* |
| | | ☐ Contingent |
| | **PO Box 650749** | ☐ Unliquidated |
| | **Dallas, TX 75265** | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | unknown
| | **Waste Management** | *Check all that apply.* |
| | | ☐ Contingent |
| | **1001 Fannin Suite 4000** | ☐ Unliquidated |
| | **Houston, TX 77002** | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $40,286.00
| | **Willscot** | *Check all that apply.* |
| | | ☐ Contingent |
| | **4646 E Van Buren Street** | ☐ Unliquidated |
| | **Phoenix, AZ 85008** | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,515.00
| | **Ying Yang** | *Check all that apply.* |
| | | ☑ Contingent |
| | **3250 Briarpark Dr Suite 201** | ☐ Unliquidated |
| | **Houston, TX 77042** | ☐ Disputed |
| | | **Basis for the claim:** Shipping Company |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

Debtor     **Phase One Services LLC**
       Name
       Case number *(if known)*    **23-30835**

| Part 2: | Additional Page |

**3.29** | Nonpriority creditor's name and mailing address

**ZiM American Integrated Shipping Lines**

**5801 Lake Wright Drive**

**Norfolk, VA 23502**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:    $5,520.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shipping Company

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Phase One Services LLC** | Case number *(if known)* | **23-30835** |
| --- | --- | --- | --- |
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 3:**   List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| **4.1**   **Law Offices of Isaac H. Greenfield PLLC** <br><br> **2 Executive Blvd 305** <br><br> **Suffern, NY 10901** | Line **3.3** <br><br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2**   **The Feldman Law Firm, P.C.** <br><br> **3000 Marcus Avenue 2W15** <br><br> **New Hyde Park, NY 11042** | Line **3.22** <br><br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Phase One Services LLC**                                        Case number *(if known)*        **23-30835**
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$4,136.57** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$699,228.86** |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | **$703,365.43** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Phase One Services LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 23-30835   Chapter 11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Yard/Lot Lease <br> Contract to be ASSUMED | Houston Industrial Yard, Inc./Triton Realty <br> 3657 Briarpark Drive 300 <br> Houston, TX 77042 |
| | State the term remaining | 50 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Modular Building Office <br> Contract to be ASSUMED | Williams Scotsman, Inc. <br> 10604 1/2 Wallisville Road <br> 77103 |
| | State the term remaining | 49 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Leased Trucks <br> Contract to be ASSUMED | OTR Leasing <br> 9100 Liberty Drive <br> Liberty, MO 64068 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Leased Trucks <br> Contract to be ASSUMED | Financial Pacific Leasing <br> 3455 S. 344th Way Ste 300 <br> Federal Way, WA 98001 |
| | State the term remaining | 17 months | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name         **Phase One Services LLC**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____
                                                                                    (State)

Case number (If known):        **23-30835**

☐ Check if this is an
   amended filing

---

<u>Official Form 206H</u>

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Williams, Ashley | 12910 Breezy Meadow Ln.<br>Street<br><br>Houston, TX 77044<br>City          State          ZIP Code | Silverline Services Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | The LCF Group | ☐ D<br>☑ E/F<br>☐ G |
| | | Financial Pacific Leasing | ☐ D<br>☐ E/F<br>☑ G |
| | | Houston Industrial Yard, Inc./Triton Realty | ☐ D<br>☐ E/F<br>☑ G |
| | | Cashable LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Cloud Fund, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Willscot | ☐ D<br>☑ E/F<br>☐ G |
| | | TXTAG | ☐ D<br>☑ E/F<br>☐ G |
| | | Harris County Toll Road Authority | ☐ D<br>☑ E/F<br>☐ G |

---

Official Form 206H                                    **Schedule H: Codebtors**                                    page 1 of __2__

| Debtor | **Phase One Services LLC** | | Case number (if known) | **23-30835** |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Motive Credit Card | ☐ D  ☑ E/F  ☐ G |
| | | Plexe LLC | ☐ D  ☑ E/F  ☐ G |
| | | OTR Leasing | ☐ D  ☐ E/F  ☑ G |
| | | Williams Scotsman, Inc. | ☐ D  ☐ E/F  ☑ G |

**2.2**

| | Street | | ☐ D  ☐ E/F  ☐ G |
|---|---|---|---|
| | City          State          ZIP Code | | |

**2.3**

| | Street | | ☐ D  ☐ E/F  ☐ G |
|---|---|---|---|
| | City          State          ZIP Code | | |

**2.4**

| | Street | | ☐ D  ☐ E/F  ☐ G |
|---|---|---|---|
| | City          State          ZIP Code | | |

**2.5**

| | Street | | ☐ D  ☐ E/F  ☐ G |
|---|---|---|---|
| | City          State          ZIP Code | | |

**2.6**

| | Street | | ☐ D  ☐ E/F  ☐ G |
|---|---|---|---|
| | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ Phase One Services LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 23-30835 _____   Chapter ___11___

☐ Check if this is an
  amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals          **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................  | $736,241.12

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................  | $736,241.12

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  | $175,180.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................  | $4,136.57

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................  | +  $699,228.86

4. **Total liabilities**...............................................................................................................  | $878,545.43
   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Phase One Services LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas</td></tr>
<tr><td>Case number (if known):</td><td>23-30835</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $314,671.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $2,548,669.99 |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $1,149,793.80 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |

| Debtor | Phase One Services LLC | | Case number *(if known)* | 23-30835 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. The LCF Group<br>Creditor's name<br><br>3000 Marcus Avenue 15<br>Street<br><br><br>New Hyde Park, NY 11042<br>City                State      ZIP Code | 02/08/2023 | $19,850.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Cloud Fund, LLC<br>Creditor's name<br><br>400 Rella Blvd Suite 165-101<br>Street<br><br><br>Suffern, NY 10901<br>City                State      ZIP Code | 12/01/2022<br><br>01/01/2023<br><br>02/01/2023 | $16,620.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3. Cashable LLC<br>Creditor's name<br><br>2 Executive Blvd 305<br>Street<br><br><br>Suffern, NY 10901<br>City                State      ZIP Code | 12/01/2022<br><br>01/01/2023<br><br>02/01/2023 | $16,500.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. Silverline Services Inc.<br>Creditor's name<br><br>1334 Peninsula Blvd 160<br>Street<br><br><br>Hewlett, NY 11557<br>City                State      ZIP Code | 01/01/2023<br><br>02/01/2023 | $12,240.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

| 4.1. | Ashley Williams | 02/01/2023 | $11,500.00 | Owner Draws |
| | Creditor's name | | | |
| | 12910 Breezy Meadow Ln. | 01/01/2023 | | |
| | Street | | | |
| | | | | |
| | Houston, TX 77044 | | | |
| | City                State      ZIP Code | | | |

**Relationship to debtor**

Owner

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City         State    ZIP Code | | | |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City         State    ZIP Code | | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Cashable LLC vs Phase One Services | Merchant Cash Advance | Kings County Supreme Court | ☑ Pending |
| | | Name | ☐ On appeal |
| | | 360 Adams St #4 | ☐ Concluded |
| **Case number** | | Street | |
| 2022-007259-2 | | Brooklyn, NY 11201 | |
| | | City           State    ZIP Code | |

Debtor   Phase One Services LLC
         Name                                                                Case number (if known)   23-30835

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | The LCF vs Phase One | Merchant Cash Advance | Nassau County Supreme Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 100 Supreme Ct. Dr. | ☐ Concluded |
| | | | Street | |
| | 603729/2023 | | | |
| | | | Mineola, NY 11501 | |
| | | | City          State     ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Financial Pacific vs Phase One Services | Delinquent Truck Leases | Tarrant County 348th District Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 100 North Calhoun Street 3rd Floor | ☐ Concluded |
| | | | Street | |
| | 2022-007259-2 | | Tom Vandergriff Civil Courts Building | |
| | | | Fort Worth, TX 76196 | |
| | | | City          State     ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | | | |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State     ZIP Code | | |
| | | **Date of order or assignment** | City          State     ZIP Code |
| | | | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| Debtor | Phase One Services LLC | | Case number *(if known)* | 23-30835 |
|---|---|---|---|---|
| | Name | | | |

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. Former Employees took Business Papers, Flashdrives and services related to the business operations. Period of loss took place at various times from March 2022 through December 2022. | None | 03/16/2022 | $600,000.00 |

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | Attorney's Fee | 02/23/2023 | $5,000.00 |
| | **Address** | Attorney's Fee | 03/06/2023 | $15,000.00 |
| | 6200 Savoy Suite 1150 | | | |
| | Street | | | |
| | Houston, TX 77036 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

| Debtor | Phase One Services LLC | Case number *(if known)* | 23-30835 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Address |
|---|

Street

City                    State      ZIP Code

| Relationship to debtor |
|---|

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 7544 FM 1960 Rd E 1002<br>Street | From  7/1/2020  To  4/1/2022 |
| Humble, TX 77346<br>City                    State      ZIP Code | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor ___Phase One Services LLC_____   Case number *(if known)*___23-30835___
          Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | _____<br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

Debtor    Phase One Services LLC                                    Case number *(if known)*    23-30835
          Name

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   Phase One Services LLC
         Name

Case number *(if known)*   23-30835

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  Phase One Services LLC                                                    Case number *(if known)*        23-30835

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

_____                  _____        EIN:  __ __ – __ __ __ __ __ __ __

Name

_____                                                | **Dates business existed** |

Street

_____                                                From _____   To _____

_____

City          State   ZIP Code

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26a.1.

_____                  From _____   To _____

Name

_____

Street

_____

_____

City                              State            ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.

_____                  From _____   To _____

Name

_____

Street

_____

_____

City                              State            ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

_____                  _____

Name                                     _____

_____

Street

_____

_____

City                              State            ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

26d.1. _____

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. _____

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Ashley Williams | 12910 Breezy Meadow Ln. Houston, TX 77044 | President, Owner | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| _____ | _____ | _____ | From _____ |
| | | | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor   Phase One Services LLC
Name

Case number *(if known)*   23-30835

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Ashley Williams<br>Name<br><br>12910 Breezy Meadow Ln.<br>Street<br><br><br>Houston, TX 77044<br>City                    State        ZIP Code | $1,500.00 | 02/01/2023 | Owner Draws |

**Relationship to debtor**

Owner

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      03/10/2023
                        MM/ DD/ YYYY

**X** /s/ Ashley Williams                               Printed name                    Ashley Williams
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor                    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes