**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
|   PHASE ONE SERVICES LLC, § | CASE NO. 23-30835 |
| § | |
| § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**JARROD MARTIN**
**1200 SMITH STREET, SUITE 1400**
**HOUSTON, TX 77002**
**Email: jarrod.martin@chamberlainlaw.com  PH: 713.356.1280**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: March 10, 2023

                                            KEVIN M. EPSTEIN
                                            United States Trustee Region 7
                                            Southern and Western Districts of Texas

                                            By:    */s/ Alicia Barcomb*
                                                    Alicia Barcomb
                                                    Trial Attorney
                                                    TX State Bar No. 24106276
                                                    515 Rusk, Suite 3516
                                                    Houston, Texas 77002
                                                    Telephone: (713) 718-4661
                                                    Fax: (713) 718-4670
                                                    Alicia.barcomb@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on March 10, 2023.

By: */s/ Alicia Barcomb*
Alicia Barcomb
Trial Attorney
TX State Bar No. 24106276
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4661
Fax: (713) 718-4670
Alicia.barcomb@usdoj.gov

**By mail to Debtor:**
Phase One Services LLC
10604 1/2 Wallisville Rd
Houston, TX 77044