United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

**IN IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

### INTERIM ORDER ON AUTHORITY TO USE CASH COLLATERAL

The Court, having reviewed the pleading finds that a need exists to order the relief herein on an interim basis and that it is in the best interest of the Debtor, the Debtor's estate, and Debtor's creditors to authorize the use of cash collateral. Use of cash collateral is the only means available to the Debtor to finance its operation and that irreparable harm will result if Debtor is not permitted to use the cash collateral in the amounts set forth in the budget. It is accordingly,

**ORDERED** that

1. the Debtor be authorized to use the cash collateral through March 23, 2023, in accordance with the provisions in the attached projected budget (the "Budget") on an interim basis and in the reorganization process of the above-entitled bankruptcy proceeding and for the necessary expenses of preserving the bankruptcy estate. The Debtor is authorized a 10% deviation from the Budget (both by line item and with respect to aggregate receipts and aggregate distributions) without further order of this Court;

2. as adequate protection for the use of Cash Collateral, the parties listed on Exhibit "B" to Debtor's Motion for Authority to Use Cash Collateral hereby granted replacement liens (the "Replacement Liens") on all post-petition cash collateral and post-petition acquired property to the same extent and priority they possessed as of the Petition Date;

3. A further hearing will be held on **March 23, 2013 at 9:30 a.m.** to determine if this Order should be continued, modified, or terminated.

4. All parties' rights are reserved.

5. To participate electronically, parties must follow the instructions set forth on Judge Isgur's web page located at: United States Bankruptcy Judge Marvin Isgur | Southern District of Texas (uscourts.gov). Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Isgur at 832-917-1510, conference room number 954554 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: https://www.gotomeet.me/JudgeIsgur. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

6. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Isgur's Court Procedures Section II and XIII regarding the exchange and submission of electronic exhibits.

7. No later than March 10, 2023 Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

Signed: March 08, 2023

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                          Case No. 23-30835-mi
Phase One Services LLC                                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                      User: ADIuser                      Page 1 of 1
Date Rcvd: Mar 09, 2023            Form ID: pdf002                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phase One Services LLC, 10604 1/2 Wallisville Rd, Houston, TX 77013-4123 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023                  Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Robert Chamless Lane | on behalf of Debtor Phase One Services LLC chip.lane@lanelaw.com thelanelawfirm@jubileebk.net;notifications@lanelaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3