| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Phase One Services LLC<br>Name | EIN: | 82–4155551 |
| United States Bankruptcy Court | Southern District of Texas | Date case filed for chapter: | 11   3/8/23 |
| Case number: | 23–30835 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case         10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Phase One Services LLC | |
| 2. | **All other names used in the last 8 years** | dba Phase One Logistics | |
| 3. | **Address** | 10604 1/2 Wallisville Rd<br>Houston, TX 77044 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036 | Contact phone  713–595–8200<br><br>Email:  chip.lane@lanelaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jarrod B Martin<br>Chamberlain Hrdlicka<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 | Contact phone  713–356–1280<br><br>Email:  jbm.trustee@chamberlainlaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone  (713) 250–5500<br><br>Date: 3/10/23 |

**For more information, see page 2 >**

Debtor **Phase One Services LLC**  Case number **23–30835**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **April 11, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866–707–5468, passcode 6166997** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 5/17/23 |
| | **For a governmental unit:** | 9/6/23 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | _____ |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-30835-mi |
| Phase One Services LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Mar 10, 2023 | Form ID: 309F2 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phase One Services LLC, 10604 1/2 Wallisville Rd, Houston, TX 77013-4123 |
| aty | + | Alicia Lenae Barcomb, DOJ-Ust, 515 Rusk Ave., Suite 3516, Houston, TX 77002-2604 |
| aty | | Jeannie Lee Andresen, Linebarger Goggan Blair & Sampson LLP, PO BOX 3064, Houston, TX 77253-3064 |
| aty | + | Robert A Simon, Whitaker Chalk Swindle & Schwartz, PLLC, 301 Commerce Street, Suite 3500, Fort Worth, TX 76102-4135 |
| tr | + | Jarrod B Martin, Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| 12383237 | + | Ashley Williams, 12910 Breezy Meadow Ln., Houston, TX 77044-1165 |
| 12383238 | | Aztec Portacans & Containers, LTD, 2001 W 34th Street, Houston, TX 77018 |
| 12383239 | + | Cashable LLC, 2 Executive Blvd 305, Suffern, NY 10901-8219 |
| 12383240 | + | City of Houston, PO Box 1560, Houston, TX 77251-1560 |
| 12383242 | + | Cosco Shipping Lines, 15600 JFK Blvd 400, Houston, TX 77032-2344 |
| 12383244 | + | DCLI Chassis, PO Box 603061, Charlotte, NC 28260-3061 |
| 12383245 | | Department of Public Safety & Corrections, PO Box 61047, New Orleans, LA 70161-1047 |
| 12383246 | + | Evergreen Shipping Agency, 16000 North Dallas Parkway 400, Dallas, TX 75248-6609 |
| 12383247 | + | Falcon Fleet Maintenance, PO Box 7228, Houston, TX 77248-7228 |
| 12383249 | #+ | HAPAG-LLOYD (AMERICA) LLC, Regional Headquarters, 399 Hoes Lane, Piscataway, NJ 08854-4115 |
| 12383251 | + | HMM Co., LTD, 222 West Las Colinas Blvd 700, Irving, TX 75039-5468 |
| 12383250 | + | Harris County Toll Road Authority, PO Box 4440, Houston, TX 77210-4440 |
| 12383252 | + | Houston Industrial Yard, Inc./Triton Realty, 3657 Briarpark Drive 300, Houston, TX 77042-5266 |
| 12383255 | + | Law Offices of Isaac H. Greenfield PLLC, 2 Executive Blvd 305, Suffern, NY 10901-8219 |
| 12383256 | + | M&M Tire and Mechanic Shop, 11649 Wallisville Road, Houston, TX 77013-3418 |
| 12383257 | + | Mediterranean Shipping Company Inc., 4700 W Sam Houston Pkwy N 250, Houston, TX 77041-8225 |
| 12383258 | + | Motive Credit Card, 3500 South Dupont Highway, Dover, DE 19901-6041 |
| 12383259 | + | Navitas Credit, 203 Fort Wade Road 300, Ponte Vedra, FL 32081-5159 |
| 12383260 | + | OTR Leasing, 9100 Liberty Drive, Liberty, MO 64068-7500 |
| 12383261 | + | Padfield & Stout, 420 Throckmorton Street Suite 1210, Fort Worth, TX 76102-3792 |
| 12383263 | + | Plexe LLC, 6295 Greenwood Plaza Blvd 100, Englewood, CO 80111-4978 |
| 12383264 | + | Sealand Maersk Company, 9300 Arrowpoint Blvd, Charlotte, NC 28273-8136 |
| 12383265 | + | Shark Trucking, 12106 Mesa Drive, Houston, TX 77016-1622 |
| 12383266 | + | Silverline Services Inc., 1334 Peninsula Blvd 160, Hewlett, NY 11557-1226 |
| 12383269 | + | TBS Factoring Service, PO Box 18109, Oklahoma City, OK 73154-0109 |
| 12383273 | + | TRAC Intermodel, 750 College Road East, Princeton, NJ 08540-6646 |
| 12383275 | + | TXTAG, PO Box 650749, Dallas, TX 75265-0749 |
| 12383270 | + | The Feldman Law Firm, P.C., 3000 Marcus Avenue 2W15, New Hyde Park, NY 11042-1005 |
| 12383272 | + | The LCF Group, 3000 Marcus Avenue 15, New Hyde Park, NY 11042-1005 |
| 12383271 | | The Lane Law Firm, 6200 Savoy Dr Ste 1150, Houston, TX 77036-3369 |
| 12383274 | + | Transfer Shipping, 25 W I-65 Service Road, Mobile, AL 36608-1201 |
| 12383278 | + | Willscot, 4646 E Van Buren Street, Phoenix, AZ 85008-6915 |
| 12383279 | + | Ying Yang, 3250 Briarpark Dr Suite 201, Houston, TX 77042-4263 |
| 12383280 | + | ZiM American Integrated Shipping Lines, 5801 Lake Wright Drive, Norfolk, VA 23502-1863 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2023 | Form ID: 309F2 | Total Noticed: 50 |

| | | | | | |
|---|---|---|---|---|---|
| aty | | Email/Text: chip.lane@lanelaw.com | Mar 10 2023 19:58:00 | Robert Chamless Lane, The Lane Law Firm, 6200 Savoy Drive, Ste 1150, Houston, TX 77036 | |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Mar 10 2023 19:58:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 | |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 10 2023 19:58:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Jeannie Lee Andresen, P.O. Box 3064, Houston, Tx 77253-3064 | |
| 12383241 | + | Email/Text: bankruptcy@deltabridgefunding.com | Mar 10 2023 19:58:00 | Cloud Fund, LLC, 400 Rella Blvd Suite 165-101, Suffern, NY 10901-4241 | |
| 12383243 | + | Email/Text: assetmanagement@dakotafin.com | Mar 10 2023 19:58:00 | Dakota Financial, 11755 Wilshire Blvd Suite 1670, Los Angeles, CA 90025-1526 | |
| 12383248 | + | Email/Text: dmckittrick@finpac.com | Mar 10 2023 19:58:00 | Financial Pacific Leasing, 3455 S. 344th Way Ste 300, Federal Way, WA 98001-9546 | |
| 12383254 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Mar 10 2023 19:58:00 | IPFS Corporation, P.O. Box 412086, Kansas City, MO 64141-2086 | |
| 12383253 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2023 19:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 | |
| 12383267 | + | Email/Text: bankruptcynotices@sba.gov | Mar 10 2023 19:58:00 | Small Business Administration, 409 3rd St SW, Washington, DC 20416-0005 | |
| 12383268 | + | Email/Text: ecfbankruptcy@nrg.com | Mar 10 2023 19:58:00 | Stream, PO Box 650261, Dallas, TX 75265-0261 | |
| 12383276 | + | Email/Text: rmcbknotices@wm.com | Mar 10 2023 19:58:00 | Waste Management, 1001 Fannin Suite 4000, Houston, TX 77002-6711 | |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TBS Factoring Service LLC |
| 12383277 | | Williams Scotsman, Inc., 10604 1/2 Wallisville Road, 77103 |
| 12383321 | | Williams Scotsman, Inc., 10604 1/2 Wallisville Road, 77103 |
| 12383281 | *+ | Ashley Williams, 12910 Breezy Meadow Ln., Houston, TX 77044-1165 |
| 12383282 | * | Aztec Portacans & Containers, LTD, 2001 W 34th Street, Houston, TX 77018 |
| 12383283 | *+ | Cashable LLC, 2 Executive Blvd 305, Suffern, NY 10901-8219 |
| 12383284 | *+ | City of Houston, PO Box 1560, Houston, TX 77251-1560 |
| 12383285 | *+ | Cloud Fund, LLC, 400 Rella Blvd Suite 165-101, Suffern, NY 10901-4241 |
| 12383286 | *+ | Cosco Shipping Lines, 15600 JFK Blvd 400, Houston, TX 77032-2344 |
| 12383288 | *+ | DCLI Chassis, PO Box 603061, Charlotte, NC 28260-3061 |
| 12383287 | *+ | Dakota Financial, 11755 Wilshire Blvd Suite 1670, Los Angeles, CA 90025-1526 |
| 12383289 | * | Department of Public Safety & Corrections, PO Box 61047, New Orleans, LA 70161-1047 |
| 12383290 | *+ | Evergreen Shipping Agency, 16000 North Dallas Parkway 400, Dallas, TX 75248-6609 |
| 12383291 | *+ | Falcon Fleet Maintenance, PO Box 7228, Houston, TX 77248-7228 |
| 12383292 | *+ | Financial Pacific Leasing, 3455 S. 344th Way Ste 300, Federal Way, WA 98001-9546 |
| 12383293 | *+ | HAPAG-LLOYD (AMERICA) LLC, Regional Headquarters, 399 Hoes Lane, Piscataway, NJ 08854-4115 |
| 12383295 | *+ | HMM Co., LTD, 222 West Las Colinas Blvd 700, Irving, TX 75039-5468 |
| 12383294 | *+ | Harris County Toll Road Authority, PO Box 4440, Houston, TX 77210-4440 |
| 12383296 | *+ | Houston Industrial Yard, Inc./Triton Realty, 3657 Briarpark Drive 300, Houston, TX 77042-5266 |
| 12383298 | *+ | IPFS Corporation, P.O. Box 412086, Kansas City, MO 64141-2086 |
| 12383297 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12383299 | *+ | Law Offices of Isaac H. Greenfield PLLC, 2 Executive Blvd 305, Suffern, NY 10901-8219 |
| 12383300 | *+ | M&M Tire and Mechanic Shop, 11649 Wallisville Road, Houston, TX 77013-3418 |
| 12383301 | *+ | Mediterranean Shipping Company Inc., 4700 W Sam Houston Pkwy N 250, Houston, TX 77041-8225 |
| 12383302 | *+ | Motive Credit Card, 3500 South Dupont Highway, Dover, DE 19901-6041 |
| 12383303 | *+ | Navitas Credit, 203 Fort Wade Road 300, Ponte Vedra, FL 32081-5159 |
| 12383304 | *+ | OTR Leasing, 9100 Liberty Drive, Liberty, MO 64068-7500 |

| | | | |
|---|---|---|---|
| District/off: 0541-4 | User: ADIuser | | Page 3 of 3 |
| Date Rcvd: Mar 10, 2023 | Form ID: 309F2 | | Total Noticed: 50 |

| | | |
|---|---|---|
| 12383305 | *+ | Padfield & Stout, 420 Throckmorton Street Suite 1210, Fort Worth, TX 76102-3792 |
| 12383262 | *+ | Phase One Services LLC, 10604 1/2 Wallisville Rd, Houston, TX 77013-4123 |
| 12383306 | *+ | Phase One Services LLC, 10604 1/2 Wallisville Rd, Houston, TX 77013-4123 |
| 12383307 | *+ | Plexe LLC, 6295 Greenwood Plaza Blvd 100, Englewood, CO 80111-4978 |
| 12383308 | *+ | Sealand Maersk Company, 9300 Arrowpoint Blvd, Charlotte, NC 28273-8136 |
| 12383309 | *+ | Shark Trucking, 12106 Mesa Drive, Houston, TX 77016-1622 |
| 12383310 | *+ | Silverline Services Inc., 1334 Peninsula Blvd 160, Hewlett, NY 11557-1226 |
| 12383311 | *+ | Small Business Administration, 409 3rd St SW, Washington, DC 20416-0005 |
| 12383312 | *+ | Stream, PO Box 650261, Dallas, TX 75265-0261 |
| 12383313 | *+ | TBS Factoring Service, PO Box 18109, Oklahoma City, OK 73154-0109 |
| 12383317 | *+ | TRAC Intermodel, 750 College Road East, Princeton, NJ 08540-6646 |
| 12383319 | *+ | TXTAG, PO Box 650749, Dallas, TX 75265-0749 |
| 12383314 | *+ | The Feldman Law Firm, P.C., 3000 Marcus Avenue 2W15, New Hyde Park, NY 11042-1005 |
| 12383316 | *+ | The LCF Group, 3000 Marcus Avenue 15, New Hyde Park, NY 11042-1005 |
| 12383315 | * | The Lane Law Firm, 6200 Savoy Dr Ste 1150, Houston, TX 77036-3369 |
| 12383318 | *+ | Transfer Shipping, 25 W I-65 Service Road, Mobile, AL 36608-1201 |
| 12383320 | *+ | Waste Management, 1001 Fannin Suite 4000, Houston, TX 77002-6711 |
| 12383322 | *+ | Willscot, 4646 E Van Buren Street, Phoenix, AZ 85008-6915 |
| 12383323 | *+ | Ying Yang, 3250 Briarpark Dr Suite 201, Houston, TX 77042-4263 |
| 12383324 | *+ | ZiM American Integrated Shipping Lines, 5801 Lake Wright Drive, Norfolk, VA 23502-1863 |

TOTAL: 3 Undeliverable, 44 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Jeannie Lee Andresen | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com  chymel@dorelaw.com |
| Robert A Simon | on behalf of Creditor TBS Factoring Service LLC rsimon@whitakerchalk.com bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert Chamless Lane | on behalf of Debtor Phase One Services LLC chip.lane@lanelaw.com  thelanelawfirm@jubileebk.net;notifications@lanelaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 5