IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## STATEMENT OF OPERATIONS

See attached Debtor's Profit and Loss Statements for end of year 2022 and Year-to-Date 2023.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Telephone
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**Profit and Loss Statement**     Year End 2022, YTD 2023

Phase One Services LLC
12910 Breezy Meadow Lane
Houston, TX 77044

| Summary | Total Prior Period | Total Budget | Total Current Period | Total Current Period as % of Sales | Total % Change from Prior Period | Total % Change from Budget |
|---|---|---|---|---|---|---|
| Total Sales Revenue [J] | $ 3,102,238.00 | $ 3,000,000.00 | $ 574,516.00 | 0.00% | 0.00% | 0.00% |
| Total Cost of Sales [K] | $ - | $ - | | 0.00% | 0.00% | 0.00% |
| Total Sales and Marketing Expenses [M] | $ - | $ - | $ - | 0.00% | 0.00% | 0.00% |
| Total Research and Development Expenses [N] | $ - | $ - | $ - | 0.00% | 0.00% | 0.00% |
| Total General and Administrative Expenses [O] | $ 3,162,950.00 | $ 1,800,000.00 | $ 584,170.00 | 0.00% | 0.00% | 0.00% |
| Total Other Operating Expenses [P] | | $ - | $ - | 0.00% | 0.00% | 0.00% |
| Other Income [S] | $ - | $ - | $ - | 0.00% | 0.00% | 0.00% |
| Total Taxes [T] | $ - | $ - | $ - | 0.00% | 0.00% | 0.00% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Profit [L=J-K] | $ 3,102,238.00 | $ 3,000,000.00 | $ 574,516.00 | 100.00% | -81.48% | -80.85% |
| Total Operating Expenses [Q=M+N+O+P] | $ 3,162,950.00 | $ 1,800,000.00 | $ 584,170.00 | 101.68% | -81.53% | -67.55% |
| Income from Operations [R=L-Q] | $ (60,712.00) | $ 1,200,000.00 | $ (9,654.00) | -1.68% | 84.10% | -100.80% |
| Net Profit [U=R+S-T] | $ (60,712.00) | $ 1,200,000.00 | $ (9,654.00) | -1.68% | 84.10% | -100.80% |

The data in this P&L was compiled based on the information supplied by the client.  This P&L reflects a Year End 2022 of income and expenses and YTD 2023

Signed _____  3/9/2023

Michael Locke, Locke Albert Financial Partners Corp, 3707 Westcenter Dr., Suite 133  Houston, TX 77042  713-487-6328  f. 832-553-1897