# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## CASH FLOW STATEMENT

See attached Debtor's Cash Flow Statement.

    Respectfully submitted,

    THE LANE LAW FIRM, PLLC

    */s/Robert C. Lane*
    Robert C. Lane
    State Bar No. 24046263
    notifications@lanelaw.com
    Joshua D. Gordon
    State Bar No. 24091592
    Joshua.gordon@lanelaw.com
    6200 Savoy, Suite 1150
    Houston, Texas 77036
    (713) 595-8200 Telephone
    (713) 595-8201 Facsimile
    PROPOSED COUNSEL FOR DEBTOR

# Phase One Services LLC

7544 FM 1960 Rd E, PMB 1002, Humble, TX 77346

## Cash Flow Statement

Statement Number: 45711

Prepared for: **Ashley Williams**

Email: ashley.williams@phaseonelogistics.com

Date: March 12, 2023

| Description | Amount |
|---|---|
| Cash Received from Customers | $2,211,648.00 |
| Proceeds from the Capital Stock | $0 |
| **Total Cash Inflow** | **$2,211,648.00** |
| Salaries/Contract Labor | $561,877.00 |
| Payroll Expense | $67657.00 |
| Insurance Premiums | $152,048.00 |
| Factoring Fees | $62977.00 |
| Truck Payments/expenses | $394,887.00 |
| Utilities | $12659.00 |
| Office Expense | $974,826.00 |
| **Total Cash Outflow** | **$2,226,931.00** |
| **Net Cash Flow** | **$38097.00** |