IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Financial Pacific Leasing, Inc. (hereinafter "FPL"), files this Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Owen C. Babcock
PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
817-338-1616 Telephone
817-338-1610  Facsimile

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise:  (1) which affect or seek to affect in any way the rights or interests with respect to:  (a)

the Debtor; (b) property which the Debtor may claim in interest; (c) the Debtor's property; and (d) property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

        **Respectfully submitted,**

        PADFIELD & STOUT, L.L.P.
        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        (817) 338-1616 phone
        (817) 338-1610 fax

        */s/ Owen C. Babcock*
        Mark W. Stout
        State Bar I.D. #24008096
        mstout@padfieldstout.com
        Owen C. Babcock
        State Bar I.D. #24104585
        obabcock@padfieldstout.com

        *Attorneys for Movant*

## CERTIFICATE OF SERVICE

       The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Monday, March 13, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **Phase One Services LLC**<br>7544 FM 1960 Rd E 1002<br>Humble, Texas 77346<br><br>*Debtor* | **Robert Chamless Lane**<br>The Lane Law Firm<br>6200 Savoy Drive, Suite 1150<br>Houston, Texas 77036<br><br>*Attorney for Debtor* |
| **Jarrod B. Martin**<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br><br>*Subchapter V. Trustee* | **U.S. Trustee**<br>Office of the U.S. Trustee<br>515 Rusk Avenue, Suite 3516<br>Houston, Texas 77002<br><br>*United States Trustee* |
| **Alicia Lenae Barcomb**<br>DOJ-UST<br>515 Rusk Avenue, Suite 3516<br>Houston, Texas 77002 | **And all those receiving ECF notifications for this case and the attached list of the 20 largest unsecured creditors.** |

                                                 */s/ Owen C. Babcock*
                                                 Owen C. Babcock

| | | |
|---|---|---|
| Cashable LLC<br>2 Executive Blvd 305<br>Suffern, NY 10901 | City of Houston<br>PO Box 1560<br>Houston, TX 77251 | Cloud Fund, LLC<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901 |
| DCLI Chassis<br>PO Box 603061<br>Charlotte, NC 28260 | Evergreen Shipping Agency<br>16000 North Dallas Parkway 400<br>Dallas, TX 75248 | HAPAG-LLOYD (AMERICA) LLC<br>Regional Headquarters<br>399 Hoes Lane<br>Piscataway, NJ 08854 |
| IPFS Corporation<br>P.O. Box 412086<br>Kansas City, MO 64141 | Mediterranean Shipping Company, Inc.<br>4700 W Sam Houston Pkwy N 250<br>Houston, TX 77041 | Motive Credit Card<br>3500 South Dupont Highway<br>Dover, DE 19901 |
| Navitas Credit<br>203 Fort Wade Road 300<br>Ponte Vedra, FL 32081 | Plexe LLC<br>6295 Greenwood Plaza Blvd 100<br>Englewood, CO 80111 | Shark Trucking<br>12106 Mesa Drive<br>Houston, TX 77016 |
| Silverline Services Inc.<br>1334 Peninsula Blvd 160<br>Hewlett, NY 11557 | Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | The LCF Group<br>3000 Marcus Avenue 15<br>New Hyde Park, NY 11042 |
| TRAC Intermodel<br>750 College Road East<br>Princeton, NJ 08540 | TXTAG<br>PO Box 650749<br>Dallas, TX 75265 | Willscot<br>4646 E Van Buren Street<br>Phoenix, AZ 85008 |
| Ying Yang<br>3250 Briarpark Dr Suite 201<br>Houston, TX 77042 | ZiM American Integrated Shipping Lines<br>5801 Lake Wright Drive<br>Norfolk, VA 23502 | |

**20 Largest Unsecured Creditors**