UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PHASE ONE SERVICES LLC, | § | Case No. 23-30835 |
| | § | |
| Debtor. | § | |
| | § | |

**LIMITED OBJECTION OF HOUSTON INDUSTRIAL YARD LLC TO USE OF CASH COLLATERAL (RE: DOCKET NO. 2, 13)**

**TO THE HONORABLE MARVIN ISGUR, U.S. BANKRUPTCY JUDGE:**

Houston Industrial Yard LLC, landlord to the debtor, creditor, and party in interest ("Landlord"), files this limited objection to the Debtor's use of cash collateral, and in support thereof would show to the Court the following.

1. Landlord is the landlord to the principal place of business of the Debtor.

2. Debtor recently indicated to the property manager that Debtor intends to keep current during bankruptcy in its obligations under, and then to eventually assume, the commercial lease.

3. The current balance as of March 20, 2023, is $29,847.40 plus a 10% late fee.

4. Debtor did not pay the March 2023 rent although one-half of such rent is budgeted and permitted to be spent under the interim cash collateral order (Docket No. 13).

*Case 23-30835   Document 2-1   Filed in TXSB on 03/08/23   Page 1 of 1*

**EXHIBIT A**
**14-DAY AND 30-DAY BUDGET**

| INCOME | DAYS 1-14 | DAYS 15-30 | 30 DAY TOTALS |
|---|---|---|---|
| Opening Cash: | $1,200.00 | $20,565.22 | |
| Projected Cash Receipts: | $125,000.00 | $125,000.00 | $250,000.00 |
| EMPLOYEE PAYROLL | $53,250.00 | $53,250.00 | $106,500.00 |
| CONTRACT SERVICES (1099) | $1,200.00 | $1,200.00 | $2,400.00 |
| LAND/TRUCK YARD LEASE | $12,999.00 | $12,999.00 | $25,998.00 |

5.      Accordingly, Landlord objects to the use of cash collateral unless and until the Debtor pays to the Landlord the rent authorized under the interim order, and otherwise going forward to the extent that the Debtor budgets the payment of rent and/or other lease obligations but fails to pay same.

6.      Landlord reserves the right to amend this objection before or during the cash collateral hearing.

WHEREFORE, Landlord respectfully requests that the Court not permit the use of cash collateral unless and until the issues above are addressed and remedied by the Debtor and provide such other and further relief to which Landlord may be entitled and law or in equity.

Dated: March 20, 2023        Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By: ___/s/ Jeff Carruth_____
   JEFF CARRUTH (TX SBN:. 24001846)
   24 Greenway Plaza, Suite 2050
   Houston, Texas 77046
   Telephone: (713) 341-1158
   E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
HOUSTON INDUSTRIAL YARD LLC,

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 20, 2023 by electronic notice to all ECF users who have appeared in this case to date.

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

*/s/ Jeff Carruth*
JEFF CARRUTH