**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## NOTICE OF RESET HEARING

You are hereby notified that the hearing set on Debtor's Motion to Dismiss Case (Docket No. 115), has been reset for **August 24, 2023, at 9:00 A.M.** at the U.S. Bankruptcy Courthouse located at 515 Rusk, Courtroom 404, Houston, Texas 77002.

    Respectfully submitted,

    THE LANE LAW FIRM, PLLC

    */s/Robert C. Lane*
    Robert C. Lane
    State Bar No. 24046263
    notifications@lanelaw.com
    Joshua D. Gordon
    State Bar No. 24091592
    Joshua.gordon@lanelaw.com
    6200 Savoy, Suite 1150
    Houston, Texas 77036
    (713) 595-8200 Telephone
    (713) 595-8201 Facsimile
    COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Reset Hearing on Debtor's Motion to Dismiss Case was served to the parties listed on the service list below via electronic service and/or United States first class mail, postage prepaid and the attached mailing matrix by United States first class mail, postage prepaid on August 22, 2023:

Debtor:
Phase One Services LLC
10604 ½ Wallisville Road
Houston, Texas 77044

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

Jeannie Lee Andresen on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Christopher V Arisco on behalf of Creditor Dakota Financial, LLC
carisco@padfieldstout.com

Owen Colin Babcock on behalf of Creditor Financial Pacific Leasing, Inc.
obabacok@padfieldstout.com

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

Jeffery Dayne Carruth on behalf of Creditor Houston Industrial Yard LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Robert R Feuille on behalf of Creditor The LCF Group, LLC
bfeu@scotthulse.com, calv@scotthulse.com

Robert Chamless Lane on behalf of Debtor Phase One Services LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Jarrod B Martin
jbm.trustee@chamberlainlaw.com,
cjbm11@trustesolutions.net;lara.coleman@chamberlainlaw.com;jarrod.martin@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com

Robert A Simon on behalf of Creditor TBS Factoring Service LLC
rsimon@whitakerchalk.com, bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Timothy L. Wentworth on behalf of Creditor Interpool, Inc. d/b/a TRAC Intermodal
twentworth@okinadams.com, bmoore@okinadams.com

Additional Electronic Notice via Email:

Chassidy.pittman@yahoo.com

pchapman2008@yahoo.com

 

                                                 */s/Robert C. Lane*
                                                 Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-30835<br>Southern District of Texas<br>Houston<br>Tue Aug 22 08:03:35 CDT 2023 | Dakota Financial, LLC<br>c/o Padfield & Stout, LLP<br>Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | Financial Pacific Leasing, Inc.<br>c/o Padfield & Stout, LLP<br>Owen C. Babcock<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 |
| Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Phase One Services LLC<br>7544 FM 1960 Rd E 1002<br>Humble, TX 77346-3127 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, tx 78711-2548 |
| The LCF Group, LLC<br>ScottHulse, PC<br>Robert R. Feuille<br>201 E. Main Dr., Suite 1100<br>El Paso, TX 79901-1340 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Ashley Williams<br>12910 Breezy Meadow Ln.<br>Houston, TX 77044-1165 | Aztec Portacans & Containers, LTD<br>2001 W 34th Street<br>Houston, TX 77018-6108 | CAB assignee of Motive Technologies, Inc.<br>4340 Fulton Avenue, Third Fl.<br>Sherman Oaks, CA 91423-3925 |
| Cashable LLC<br>2 Executive Blvd 305<br>Suffern, NY 10901-8219 | Chassidy Pittman<br>21326 Sage Flower Ct.<br>Humble, TX 77338-2041 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 |
| Cloud Fund, LLC<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901-4241 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Cosco Shipping Lines<br>15600 JFK Blvd 400<br>Houston, TX 77032-2344 |
| DCLI Chassis<br>PO Box 603061<br>Charlotte, NC 28260-3061 | Dakota Financial<br>11755 Wilshire Blvd Suite 1670<br>Los Angeles, CA 90025-1526 | Dakota Financial, LLC<br>c/o Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102-3792 |
| Department of Public Safety & Corrections<br>PO Box 61047<br>New Orleans, LA 70161-1047 | Evergreen Shipping Agency<br>16000 North Dallas Parkway 400<br>Dallas, TX 75248-6609 | Evergreen Shipping Agency America Corporatio<br>Metro Group Maritime Avenue Box 2371<br>Livingston, NJ 07039 |
| Falcon Fleet Maintenance<br>PO Box 7228<br>Houston, TX 77248-7228 | Financial Pacific Leasing<br>3455 S. 344th Way Ste 300<br>Federal Way, WA 98001-9546 | Giuliano McDonnell & Perrone, LLP<br>170 Old Country Road<br>Mineola, NY 11501-4322 |
| HAPAG-LLOYD (AMERICA) LLC<br>Regional Headquarters<br>399 Hoes Lane<br>Piscataway, NJ 08854-4115 | HMM Co., LTD<br>222 West Las Colinas Blvd 700<br>Irving, TX 75039-5468 | Harris County Toll Road Authority<br>PO Box 4440<br>Houston, TX 77210-4440 |

| | | |
|---|---|---|
| Harris County, et al<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Houston Industrial Yard, Inc./Triton Realty<br>3657 Briarpark Drive 300<br>Houston, TX 77042-5266 | IPFS Corporation<br>P.O. Box 412086<br>Kansas City, MO 64141-2086 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Law Offices of Isaac H. Greenfield PLLC<br>2 Executive Blvd 305<br>Suffern, NY 10901-8219 | M&M Tire and Mechanic Shop<br>11649 Wallisville Road<br>Houston, TX 77013-3418 |
| Mediterranean Shipping Company Inc.<br>4700 W Sam Houston Pkwy N 250<br>Houston, TX 77041-8225 | Motive Credit Card<br>3500 South Dupont Highway<br>Dover, DE 19901-6041 | Navitas Credit<br>203 Fort Wade Road 300<br>Ponte Vedra, FL 32081-5159 |
| OTR Leasing<br>9100 Liberty Drive<br>Liberty, MO 64068-7500 | Ocean Network Express North America, Inc.<br>Metro Group Maritime Attn: Lee<br>39 West Mount Pleasant Ave., Box 2371<br>Livingston, NJ 07039-7971 | Padfield & Stout<br>420 Throckmorton Street Suite 1210<br>Fort Worth, TX 76102-3792 |
| Pelaure Chapman<br>10181 Windmill Lakes Blvd., Apt. 333<br>Houston, TX 77075-3383 | Phase One Services LLC<br>10604 1/2 Wallisville Rd<br>Houston, TX 77013-4123 | Plexe LLC<br>6295 Greenwood Plaza Blvd 100<br>Englewood, CO 80111-4978 |
| Plexe, LLC<br>Richard L. Costella; Tydings & Rosenberg<br>1 East Pratt Street<br>Baltimore, MD 21202-1128 | Sealand Maersk Company<br>9300 Arrowpoint Blvd<br>Charlotte, NC 28273-8136 | Shark Trucking<br>12106 Mesa Drive<br>Houston, TX 77016-1622 |
| Silverline Services Inc.<br>1334 Peninsula Blvd 160<br>Hewlett, NY 11557-1226 | Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0002 | Stream<br>PO Box 650261<br>Dallas, TX 75265-0261 |
| TBS Factoring Service<br>PO Box 18109<br>Oklahoma City, OK 73154-0109 | TBS Factoring Services LLC<br>c/o Robert A. Simon<br>Whitaker Chalk Swindle & Schwartz PLLC<br>301 Commerce Street, Suite 3500<br>Fort Worth, TX 76102-4135 | TRAC Intermodel<br>750 College Road East<br>Princeton, NJ 08540-6646 |
| TXTAG<br>PO Box 650749<br>Dallas, TX 75265-0749 | The Feldman Law Firm, P.C.<br>3000 Marcus Avenue 2W15<br>New Hyde Park, NY 11042-1005 | The LCF Group<br>3000 Marcus Avenue 15<br>New Hyde Park, NY 11042-1005 |
| The LCF Group, Inc.<br>c/o Robert R. Feuille<br>201 E. Main Dr., Suite 1100<br>El Paso, Texas 79901-1340 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Transfer Shipping<br>25 W I-65 Service Road<br>Mobile, AL 36608-1201 |

| | | |
|---|---|---|
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Waste Management<br>1001 Fannin Suite 4000<br>Houston, TX 77002-6711 | Willscot<br>4646 E Van Buren Street<br>Phoenix, AZ 85008-6915 |
| Ying Yang<br>3250 Briarpark Dr Suite 201<br>Houston, TX 77042-4263 | ZiM American Integrated Shipping Lines<br>5801 Lake Wright Drive<br>Norfolk, VA 23502-1863 | Jarrod B Martin<br>Chamberlain Hrdlicka<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002-4496 |
| Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036-3369 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Houston Industrial Yard LLC | (u)Interpool, Inc. d/b/a TRAC Intermodal | (u)Silverline Services, Inc. |
| (u)TBS Factoring Service LLC | (du)Silverline Services, Inc. | (d)TBS Factoring Services, LLC<br>c/o Robert A. Simon<br>Whitaker Chalk Swindle & Schwartz PLLC<br>301 Commerce Street, Suite 3500<br>Fort Worth, TX 76102-4135 |
| (u)Williams Scotsman, Inc.<br>10604 1/2 Wallisville Road<br>77103 | (u)Chassidy Pittman | (u)Pelaure Chapman |

End of Label Matrix
Mailable recipients    66
Bypassed recipients     9
Total                  75