## WITNESS LIST

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **SOUTHERN DISTRICT OF TEXAS** <br> **HOUSTON DIVISION** ||
| Case No: 23-30835 | Name of Debtor: Phase One Services LLC |
| | |
| | |
| | |
| Witness(es): | Judge: Marvin Isgur |
| 1. Ashley Williams | Courtroom Deputy: LinhThu Do |
| | Hearing Date: August 24, 2023 |
| | Hearing Time: 9:00 AM |
| | Party's Name: Phase One Services LLC |
| | Attorney's Name: Robert "Chip" Lane and Joshua Gordon |
| | Attorney's Phone: 713-595-8200 |
| | Nature of Proceeding: Hearing on Debtor's Motion to Dismiss |

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the Witness List and attached Exhibits was served to the parties listed below via electronic notice by the court's ECF noticing system and by e-mail on August 23, 2023:

Debtor:
Phase One Services LLC
10604 ½ Wallisville Road
Houston, Texas 77044

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

Jeannie Lee Andresen on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Christopher V Arisco on behalf of Creditor Dakota Financial, LLC
carisco@padfieldstout.com

Owen Colin Babcock on behalf of Creditor Financial Pacific Leasing, Inc.
obabacok@padfieldstout.com

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

Jeffery Dayne Carruth on behalf of Creditor Houston Industrial Yard LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Robert R Feuille on behalf of Creditor The LCF Group, LLC
bfeu@scotthulse.com, calv@scotthulse.com

Robert Chamless Lane on behalf of Debtor Phase One Services LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Jarrod B Martin
jbm.trustee@chamberlainlaw.com,
cjbm11@trustesolutions.net;lara.coleman@chamberlainlaw.com;jarrod.martin@chamberlainlaw.com

Robert A Simon on behalf of Creditor TBS Factoring Service LLC
rsimon@whitakerchalk.com, bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Electronic email Notification sent to the following:

U.S. Small Business Administration - Elizabeth.Karpati@usdoj.gov

Cashable LLC - info@greenfieldlawpllc.com

Navitas Credit – sales@navitascredit.com

Cloud Fund, LLC – customerservice@approvalandreconciliation.com

Silverline Services – skaminski@kaminskilawpllc.com, accounting@silverlinefunding.com, sam@silverlinefunding.com, ops@silverlinefunding.com

The LCF Group - info@thelcfgroup.com & ajf@feldmanlegal.com

Plexe LLC – team@plexe.co

Financial Pacific Leasing – obabcock@padfieldstout.com

*/s/ Robert C. Lane*
Robert C. Lane