UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   PHASE ONE SERVICES LLC, | § | CASE NO. 23-30835 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

ORDER REMOVING THE DEBTOR IN POSSESSION UNDER 11 U.S.C. § 1185(a)
AND EXPANDING THE SUBCHAPTER V TRUSTEE'S POWERS
<u>UNDER 11 U.S.C. § 1183(b)(2)</u>

The Court considered the Motion to Dismiss [ECF #115] filed by Phase One Services LLC (the "Debtor"). For the reasons stated on the record,

**IT IS HEREBY ORDERED:**

1. The Debtor is removed as Debtor in Possession under 11 U.S.C. § 1185(a).

2. In addition to the duties provided by 11 U.S.C. § 1183(b), Jarrod Martin (the "Subchapter V Trustee") shall perform the duties as provided by 11 U.S.C. § 1183(b)(2), (5). The Subchapter V Trustee is authorized to retain professionals in accordance with the applicable provisions of the Bankruptcy Code.

3. The Subchapter V Trustee shall conduct an investigation of the Debtor under 11 U.S.C. § 1106(a)(3) and file a report with the Court no later than September 1, 2023.

4. The Court will conduct a further hearing on September 8, 2023, at 1:30 p.m. (CST), by video and teleconference, to consider the contents of the Subchapter V Trustee's report.

ZZZZ