United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 24, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 23-30835 |
| PHASE ONE SERVICES LLC, § | |
| § | |
| § | |
| § | CHAPTER 11 |
| DEBTOR. | |

### ORDER REMOVING THE DEBTOR IN POSSESSION UNDER 11 U.S.C. § 1185(a) AND EXPANDING THE SUBCHAPTER V TRUSTEE'S POWERS UNDER 11 U.S.C. § 1183(b)(2)

The Court considered the Motion to Dismiss [ECF #115] filed by Phase One Services LLC (the "Debtor"). For the reasons stated on the record,

**IT IS HEREBY ORDERED:**

1. The Debtor is removed as Debtor in Possession under 11 U.S.C. § 1185(a).

2. In addition to the duties provided by 11 U.S.C. § 1183(b), Jarrod Martin (the "Subchapter V Trustee") shall perform the duties as provided by 11 U.S.C. § 1183(b)(2), (5). The Subchapter V Trustee is authorized to retain professionals in accordance with the applicable provisions of the Bankruptcy Code.

3. The Subchapter V Trustee shall conduct an investigation of the Debtor under 11 U.S.C. § 1106(a)(3) and file a report with the Court no later than September 1, 2023.

4. The Court will conduct a further hearing on September 8, 2023, at 1:30 p.m. (CST), by video and teleconference, to consider the contents of the Subchapter V Trustee's report.

Signed: August 24, 2023

_____
Marvin Isgur
United States Bankruptcy Judge