IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | Case No. 23-30835 | |
| **Phase One Services, LLC,** § | | |
| § | Chapter 11 | |
| Debtor. § | Subchapter V | |

### NOTICE OF SUPPLEMENT TO FINAL APPLICATION FOR COMPENSATION OF JARROD B. MARTIN, SUBCHAPTER V TRUSTEE

Jarrod B. Martin, Subchapter V Trustee, filed his Fee App[1] on September 15, 2023. The Trustee has an individual account for the Debtor to deposit its retainer payments. After the filing of the Fee App, when balancing the August bank statement, the Trustee discovered that the Debtor had made a counter deposit at the Trustee's bank into his Trustee bank account. Because the Debtor made a deposit at a branch, rather than sending funds directly to the Trustee, these funds were not deposited into the individual account set up for the Debtor. Accordingly, the Trustee supplements his Fee App to state that he is holding $5,000, not $4,000 as provided. An amended proposed order is being uploaded with this supplement.

Dated: October 3, 2023

Respectfully submitted,

By: */s/ Jarrod B. Martin*
Jarrod B. Martin, Subchapter V Trustee
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: JBM.Trustee@chamberlainlaw.com

*Subchapter V Trustee*

---

[1] All defined terms utilized herein shall have the same meaning prescribed to them in the *Final Application for Compensation of Jarrod B. Martin, Subchapter V Trustee* at ECF No. 139.

**CERTIFICATE OF SERVICE**

      This is to certify that on October 3, 2023, a true and correct copy of the above and foregoing Application has been forwarded by email to all parties registered for ECF notifications, including Debtor's counsel and the United States Attorney.

      */s/ Jarrod B. Martin*
      Jarrod B. Martin